Check number: 2103 | Amount: $1,000.00



Check number: 2116 | Amount: $1,000.00



**Certified Autos of North Texas**
1702 E State Highway 121, Lewisville, TX 75056
Phone: (972) 787-0091

Bank of America.  Bank of America, National Association
32-2/1110

002127
DATE 9/1/2021

PAY  Ryan Weiss
TO THE ORDER OF  Ryan Weiss
One Thousand and 00/100**************

AMOUNT **1,000.00

MEMO  Weekly Compensation

VOID AFTER 90 DAYS

⑆002127⑆ ⑈⑇ ⑆594⑇⑈

---

**Certified Autos of North Texas**
1702 E State Highway 121, Lewisville, TX 75056
Phone: (972) 787-0091

Bank of America.  Bank of America, National Association
32-2/1110

002146
DATE 9/15/2021

PAY  Ryan Weiss
TO THE ORDER OF  Ryan Weiss
One Thousand and 00/100**************

AMOUNT **1,000.00

MEMO  Weekly Salary

VOID AFTER 90 DAYS

⑆002146⑆ ⑈⑇ ⑆594⑇⑈

**BANK OF AMERICA**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY                    -04-05
SCRANTON, PA    18507

DENNIS AUTO INVESTMENTS LLC
DBA CERTIFIED AUTOS OF NORTH TEXAS
PO BOX 95
LEWISVILLE TX 75067-0095

DATE: 09/09/21
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX5947

THE FOLLOWING WIRE WAS DEBITED TODAY:          USD AMOUNT $1,000.00

| | | | |
|---|---|---|---|
| TRANSACTION REF: | 4253 | SERVICE REF: | 3580 |
| RELATED REF: | 7182 | IMAD: | 3580 |
| ORIGINATOR: | DENNIS AUTO INVESTMENTS LLC | ID: XXXXXXXX5947 | |
| INSTRUCTING BANK: | CONSUMER | ID: OLBS | |
| BENEFICIARY: | RYAN WEISS | ID: | 5860 |
| BENEFICIARY'S BANK: | WELLS FARGO BANK, N.A. | ID: | 659 |
| RECEIVING BANK: | WELLS FARGO BANK, NA | ID: | 248 |
| PAYMENT DETAIL: | WEEKLY COMP | | |