Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas   75242
(214) 767-8967

Asher Bublick
for the United States Trustee
asher.bublick@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 21-31701-hdh-11 |
| **RYAN NICHOLAS WEISS,** § | |
| § | **(Subchapter 5)** |
| Debtor. § | **CHAPTER 11** |
| § | |
| § | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Scott Seidel**
**6505 West Park Blvd., Suite 306**
**Plano, TX   75093**
**214-234-2500-main**
**214-234-2503-direct**
scott@scottseidel.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATED:   September 28, 2021

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Asher M. Bublick*
Asher M. Bublick
Texas State Bar No. 24113629
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX   75242
214-767-8967
asher.bublick@usdoj.gov

## Certificate of Service

I certify that on the 28th day of September, 2021, a copy of this document was served on each party listed on the attached matrix.

*/s/ Asher M. Bublick*
Asher M. Bublick

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Asher Bublick
for the United States Trustee
*asher.bublick@usdoj.gov*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 21-31701-hdh-11 |
| RYAN NICHOLAS WEISS, | § § | (Subchapter 5) |
| Debtor. | § § § § | CHAPTER 11 |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a _____ rate of $_____, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: September 28, 2021

_____
**SCOTT SEIDEL,**
**SUBCHAPTER 5 TRUSTEE**

```
Label Matrix for local noticing      Lewisville ISD                          Synchrony Bank
0539-3                               Linebarger Goggan Blair & Sampson, LLP  c/o PRA Receivables Management, LLC
Case 21-31701-hdh11                  c/o Sherrel K. Knighton                 PO Box 41021
Northern District of Texas           2777 N Stemmons Fwy, Ste. 1000          Norfolk, VA 23541-1021
Dallas                               Dallas, TX 75207-2328
Tue Sep 28 13:09:05 CDT 2021

1100 Commerce Street                 AMA Recovery Group                      AMAX Leasing Source
Room 1254                            3131 Eastside Street Suite 350          3850 Wilshire Blvd Suite 160
Dallas, TX 75242-1305                Houston, TX 77098-1947                  Los Angeles, CA 90010-3206


Ashton Taylor                        Bands Company, Inc.                     Barclay Mastercard
2121 Maple Street                    PO Box 213                              PO Box 8801
Virginia Beach, VA 23451-1305        Millersburg, OH 44654-0213              Wilmington, DE 19899-8801


Barclays                             Burnetta Weiss                          Castle Hills Financing, LLC
PO Box 8801                          185 Mark Avenue                         2001 Joyous Circle
Wilmington, DE 19899-8801            Killbuck, OH 44637-9515                 Lewisville, TX 75056-4217


Castle Hills Motors, LLC             (p)JPMORGAN CHASE BANK  N A             Citi Bank
5557 Glenview Lane                   BANKRUPTCY MAIL INTAKE TEAM             PO Box 790046
The Colony, TX 75056-3785            700 KANSAS LANE FLOOR 01                Saint Louis, MO 63179-0046
                                     MONROE LA 71203-4774


Citi Cards                           Citi Simplicity Cards                   Cooper Seidner
PO Box 6500                          PO Box 6500                             5140 Brookhaven Drive
Sioux Falls, SD 57117-6500           Sioux Falls, SD 57117-6500              North Royalton, OH 44133-6494


Flex Capital Investments, LLC        Greg Jedrusiak                          Greg Jedrusiak
5557 Glenview Lane                   2108 Lancer Lane                        2108 Lancer Lane
The Colony, TX 75056-3785            Lewisville, TX 75056-4225               The Colony, TX 75056-4225


Holder Law                           Home Depot                              Jonathan  Niel & Associates
901 Main Street Suite 5320           PO Box 790328                           71 West Main Street Suite 304
Dallas, TX 75202-3700                Saint Louis, MO 63179-0328              Freehold, NJ 07728-2139


NextGear Capital, Inc.               PRA Receivables Management, LLC         Pacific Premier Trust
Attn: Michael G. Gibson              PO Box 41021                            FBO Scott Mollett IRA
11799 North College Avenue           Norfolk, VA 23541-1021                  PO Box 173859
Carmel, IN 46032-5605                                                        Denver, CO 80217-3859


Pensco FBO Alan Auge IRA             Quilling, Selander, Lownds,             Ryan Brown
1801 California Street Suite 800     Winslet & Moser, P.C.                   PO Box 213
Denver, CO 80202-2621                2001 Bryan Street Suite 1800            Millersburg, OH 44654-0213
                                     Dallas, TX 75201-3070
```

| | | |
|---|---|---|
| Ryley Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 | Sue Smith<br>PO Box 213<br>Millersburg, OH 44654-0213 | Texas Line 5, LLC<br>PO Box 112737<br>Naples, FL 34108-0146 |
| TrueCar<br>120 Broadway Suite 200<br>Santa Monica, CA 90401-2385 | U.S. Small Business Administration<br>1545 Hawkins Blvd. Suite 202<br>El Paso, TX 79925-2654 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Wells Fargo, NA<br>PO Box 51193<br>Los Angeles, CA 90051-5493 | Westlake Financial Services<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company, LLC<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 |
| XL Funding, LLC<br>10333 N Meridian Street Suite 200<br>Indianapolis, IN 46290-1081 | XL Parts<br>15701 NW Freeway<br>Houston, TX 77040-3047 | Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 |
| Ryan Nicholas Weiss<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Bank<br>PO Box 15153<br>Wilmington, DE 19886 | (d)Chase Ink Business<br>PO Box 15153<br>Wilmington, DE 19886 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Sherrel K. Knighton<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207-2328 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                  43 |