EXHIBIT A

Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

PROPOSED COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**<u>AFFIDAVIT OF AREYA HOLDER AURZADA IN SUPPORT OF APPLICATION OF DEBTOR IN POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION OF HOLDER LAW, AS COUNSEL FOR THE DEBTOR</u>**

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §

Areya Holder Aurzada, upon first being duly sworn, and pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, deposes and says:

1. I am over the age of eighteen (18) years, and am competent to testify to the matters set forth herein.

2. I am an attorney duly admitted to practice before the courts of the State of Texas and the United States District Court for the Northern District of Texas. I make this Affidavit in support of the Application and for the purpose of fulfilling the disclosure requirements of 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2014(a).

3. I am an attorney with the law firm HOLDER LAW which the Debtor is seeking to

AFFIDAVIT OF AREYA HOLDER AURZADA IN SUPPORT OF APPLICATION OF
DEBTOR IN POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION OF
HOLDER LAW, AS COUNSEL FOR THE DEBTOR

1

EXHIBIT A

employ as Counsel by the Application to which this Affidavit is attached, with an office located at 901 Main Street, Suite 5320, Dallas, Texas 75202, with a telephone number of (972) 438-8800. My current hourly rate is $450.00 per hour, the hourly rate for the associate attorney is $300.00 per hour, and the hourly rate for paralegals is $150.00 per hour. HOLDER LAW's rates are adjusted from time to time to reflect changes in seniority, inflation and other factors. Such adjustments usually occur at the beginning of the calendar year and our hourly rates for this engagement will be adjusted accordingly and will be disclosed to the Court. Applicant has been informed of HOLDER LAW's normal hourly rates.

4. HOLDER LAW has not shared or agreed to share with any other person the compensation paid or to be paid by the Debtor in connection with the Chapter 11 case other than pursuant to normal compensation arrangements among the members and employees of HOLDER LAW

5. HOLDER LAW is well qualified to represent the Applicants as counsel and is willing to accept employment on the basis set forth in the Application.

6. On August 6, 2021, HOLDER LAW received from the Debtor funds in the amount of $15,000.00. Prior to the filing of this Chapter 11 bankruptcy, HOLDER LAW applied $2,222.00 from funds received for attorney's fees and $1,738.00 for the Chapter 11 filing fee. These funds were earned and deposited pre-petition into HOLDER LAW's operating account. The remaining funds in the amount of $11,040.00 were immediately deposited into the Firm's retainer account.

7. HOLDER LAW has attempted to determine its past and present connections, with the Debtor, his creditors, partners or any parties-in-interest appearing in this case, his respective attorneys, accountants, the United States Trustee, or any person employed in the office of the

AFFIDAVIT OF AREYA HOLDER AURZADA IN SUPPORT OF APPLICATION OF DEBTOR IN POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION OF HOLDER LAW, AS COUNSEL FOR THE DEBTOR

2

EXHIBIT A

United States Trustee. Based upon that investigation and to the best of HOLDER LAW's present knowledge, HOLDER LAW has determined that it has no such connections.

8. To the best of my knowledge, HOLDER, LAW has not provided legal advice or representation to any other entity having a claim or interest adverse to the Debtor in connection with this Chapter 11 case. Nor at any material time has HOLDER, LAW provided legal advice or representation to any other entity in connection with any matter adverse to the Debtor. To the best of my knowledge, HOLDER, LAW does not have any connections with the United States Trustee or with any person employed in the Office of the United States Trustee except that I was previously employed by Thomas D. Powers, Chapter 13 Trustee for the Northern District of Texas, Dallas Division, and I am a Chapter 7 panel trustee for the Northern District of Texas, Dallas and Fort Worth Division. In addition, Ms. Aurzada currently and periodically serves as a Subchapter V Trustee and a Chapter 11 Trustee in the Northern District of Texas and other districts across the country.

9. Except with respect to those matters fully disclosed herein, neither HOLDER, LAW nor any member or associate thereof, insofar as I have been able to ascertain, holds any interest materially adverse to the interest of the Debtor's estate or to any class of creditors or equity security holders, by reason of any direct or indirection relationship to, connection with, or interest in the Debtor.

10. I believe that HOLDER, LAW, and each attorney thereof, is a "disinterested person" within the meaning of 11 U.S.C. §§ 101(14) and 327(a).

11. To the extent that HOLDER LAW subsequently discovers any facts bearing on this Affidavit or its representation of the Debtor, this Affidavit will be supplemented and those facts will be disclosed to the Court at its earliest opportunity.

AFFIDAVIT OF AREYA HOLDER AURZADA IN SUPPORT OF APPLICATION OF
DEBTOR IN POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION OF
HOLDER LAW, AS COUNSEL FOR THE DEBTOR

3

EXHIBIT A

EXECUTED this 28th day of September, 2021.

                                        */s/ Areya Holder Aurzada*
                                        Areya Holder Aurzada

SWORN TO AND SUBSCRIBED BEFORE ME, THIS the 28th day of September, 2021, to certify which witness my hand and seal of office.

                                        */s/ Amy Hinson*
                                        Amy Hinson
                                        Notary Public in and for the
                                        State of Texas

Notary's commission expires: September 30, 2021

AFFIDAVIT OF AREYA HOLDER AURZADA IN SUPPORT OF APPLICATION OF DEBTOR IN POSSESSION FOR AN ORDER AUTHORIZING THE RETENTION OF HOLDER LAW, AS COUNSEL FOR THE DEBTOR

4