```
Label Matrix for local noticing          Lewisville ISD                           Synchrony Bank
0539-3                                   Linebarger Goggan Blair & Sampson, LLP   c/o PRA Receivables Management, LLC
Case 21-31701-hdh11                      c/o Sherrel K. Knighton                  PO Box 41021
Northern District of Texas               2777 N Stemmons Fwy, Ste. 1000           Norfolk, VA 23541-1021
Dallas                                   Dallas, TX 75207-2328
Tue Sep 28 13:35:59 CDT 2021

1100 Commerce Street                     AMA Recovery Group                       AMAX Leasing Source
Room 1254                                3131 Eastside Street Suite 350           3850 Wilshire Blvd Suite 160
Dallas, TX 75242-1305                    Houston, TX 77098-1947                   Los Angeles, CA 90010-3206


Ashton Taylor                            Bands Company, Inc.                      Barclay Mastercard
2121 Maple Street                        PO Box 213                               PO Box 8801
Virginia Beach, VA 23451-1305            Millersburg, OH 44654-0213               Wilmington, DE 19899-8801


Barclays                                 Burnetta Weiss                           Castle Hills Financing, LLC
PO Box 8801                              185 Mark Avenue                          2001 Joyous Circle
Wilmington, DE 19899-8801                Killbuck, OH 44637-9515                  Lewisville, TX 75056-4217


Castle Hills Motors, LLC                 (p)JPMORGAN CHASE BANK  N A              Citi Bank
5557 Glenview Lane                       BANKRUPTCY MAIL INTAKE TEAM              PO Box 790046
The Colony, TX 75056-3785                700 KANSAS LANE FLOOR 01                 Saint Louis, MO 63179-0046
                                         MONROE LA 71203-4774


Citi Cards                               Citi Simplicity Cards                    Cooper Seidner
PO Box 6500                              PO Box 6500                              5140 Brookhaven Drive
Sioux Falls, SD 57117-6500               Sioux Falls, SD 57117-6500               North Royalton, OH 44133-6494


Flex Capital Investments, LLC            Greg Jedrusiak                           Greg Jedrusiak
5557 Glenview Lane                       2108 Lancer Lane                         2108 Lancer Lane
The Colony, TX 75056-3785                Lewisville, TX 75056-4225                The Colony, TX 75056-4225


Holder Law                               Home Depot                               Jonathan Niel & Associates
901 Main Street Suite 5320               PO Box 790328                            71 West Main Street Suite 304
Dallas, TX 75202-3700                    Saint Louis, MO 63179-0328               Freehold, NJ 07728-2139


NextGear Capital, Inc.                   PRA Receivables Management, LLC          Pacific Premier Trust
Attn: Michael G. Gibson                  PO Box 41021                             FBO Scott Mollett IRA
11799 North College Avenue               Norfolk, VA 23541-1021                   PO Box 173859
Carmel, IN 46032-5605                                                             Denver, CO 80217-3859


Pensco FBO Alan Auge IRA                 Quilling, Selander, Lownds,              Ryan Brown
1801 California Street Suite 800         Winslet & Moser, P.C.                    PO Box 213
Denver, CO 80202-2621                    2001 Bryan Street Suite 1800             Millersburg, OH 44654-0213
                                         Dallas, TX 75201-3070
```

| | | |
|---|---|---|
| Ryley Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 | Sue Smith<br>PO Box 213<br>Millersburg, OH 44654-0213 | Texas Line 5, LLC<br>PO Box 112737<br>Naples, FL 34108-0146 |
| TrueCar<br>120 Broadway Suite 200<br>Santa Monica, CA 90401-2385 | U.S. Small Business Administration<br>1545 Hawkins Blvd. Suite 202<br>El Paso, TX 79925-2654 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Wells Fargo, NA<br>PO Box 51193<br>Los Angeles, CA 90051-5493 | Westlake Financial Services<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company, LLC<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 |
| XL Funding, LLC<br>10333 N Meridian Street Suite 200<br>Indianapolis, IN 46290-1081 | XL Parts<br>15701 NW Freeway<br>Houston, TX 77040-3047 | Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 |
| Ryan Nicholas Weiss<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | Scott M. Seidel (SBRA V)<br>Seidel Law Firm<br>6505 West Park Blvd, Suite 306<br>Plano, TX 75093-6212 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Bank<br>PO Box 15153<br>Wilmington, DE 19886 | (d)Chase Ink Business<br>PO Box 15153<br>Wilmington, DE 19886 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Sherrel K. Knighton<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207-2328 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     1<br>Total                   44 |