Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

PROPOSED COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

## STATEMENT OF HOLDER LAW PURSUANT TO BANKRUPTCY RULE 2014 AND 2016(b)

Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule" or "Bankruptcy Rules"), HOLDER LAW makes the following statement ("Statement") concerning its connection to Ryan Nicholas Weiss ("Debtor" and/or "Debtor in Possession"), his creditors, and parties in interest:

1. HOLDER LAW is a professional corporation organized for the purpose of practicing law with its office being 901 Main Street, Suite 5320, Dallas, Texas 75202, telephone number (972) 438-8800.

2. This Statement is filed in connection with the Application of Debtor in Possession for an Order Authorizing Retention of HOLDER LAW as counsel for same.

3. All attorneys with HOLDER LAW who will appear in this case are admitted to practice law in the United States District Court for the Northern District of Texas.

4. On August 6, 2021, HOLDER LAW received from the Debtor funds in the

**STATEMENT PURSUANT TO RULE 2014 – PAGE 1**

amount of $15,000.00. Prior to the filing of this Chapter 11 bankruptcy, HOLDER LAW applied $2,222.00 from funds received for attorney's fees and $1,738.00 for the Chapter 11 filing fee. These funds were earned and deposited pre-petition into HOLDER LAW's operating account. The remaining funds in the amount of $11,040.00 were immediately deposited into the Firm's retainer account.

5. Concurrent with the filing of this motion, HOLDER LAW has filed an Application of Debtor in Possession for an Order Authorizing Approval for Retention of HOLDER LAW as counsel for the Debtor ("Application") which disclosed its compensation pursuant to Bankruptcy Rule 2016(b) and disclosed its relationship with Debtor, creditors or parties in interest pursuant to Bankruptcy Rule 2014.

6. HOLDER LAW has attempted to determine its past and present connections with Debtor, its creditors, partners or any parties-in-interest appearing in this case, its respective attorneys, accountants, the United States Trustee, or any person employed in the office of the United States Trustee. Based upon that investigation and to the best of HOLDER LAW's present knowledge, HOLDER LAW is not aware of any connections it has with the Debtor, the Debtor's creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee or any employee of the office of the United States Trustee other than Ms. Holder was previously employed by Thomas D. Powers, Chapter 13 Trustee for the Northern District of Texas, Dallas Division, and Ms. Aurzada is a Chapter 7 panel trustee for the Northern District of Texas, Dallas and Fort Worth Divisions. In addition, Ms. Aurzada currently and periodically serves as a Subchapter V Trustee and a Chapter 11 Trustee in the Northern District of Texas and other districts across the country.

7. The undersigned declares that the above and foregoing statements are true and correct to the best of her knowledge, information and belief.

**STATEMENT PURSUANT TO RULE 2014 – PAGE 2**

Dated: September 28, 2021                    Respectfully submitted,

                                             By: */s/ Areya Holder Aurzada*
                                             Areya Holder Aurzada
                                             State Bar No. 24002303
                                             HOLDER LAW
                                             901 Main Street, Suite 5320
                                             Dallas, Texas 75202
                                             Telephone: (972) 438-8800
                                             Email: areya@holderlawpc.com

                                             PROPOSED COUNSEL FOR
                                             RYAN NICHOLAS WEISS
                                             DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on September 28, 2021 by United States first class mail, postage prepaid on:

Ryan Nicholas Weiss
5557 Glenview Lane
The Colony, TX 75056

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**and by ELECTRONIC FILING on:**

Sherrel K. Knighton on behalf of Creditor Lewisville ISD
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com;
Sean.French@lgbs.com; Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com;
Julie.Wilson@lgbs.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net; susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

                                             */s/ Areya Holder Aurzada*
                                             Areya Holder Aurzada

**STATEMENT PURSUANT TO RULE 2014 – PAGE 3**