Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

PROPOSED COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**AFFIDAVIT OF RYAN WEISS REGARDING THE CASH FLOW STATEMENT**

STATE OF TEXAS      §
                    §
COUNTY OF Dallas    §

Ryan Weiss, upon first being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years, and I am competent to testify to the matters set forth herein.

2. A current cash flow statement has not been prepared; however, I have prepared and filed schedules which set forth my current income and expenses as well as my assets and liabilities.

EXECUTED this 23rd day of September, 2021.

_____
Ryan Weiss

SWORN TO AND SUBSCRIBED BEFORE ME, THIS the 28th day of September, 2021, to certify which witness my hand and seal of office.

**Affidavit of Ryan Weiss – Page 1**



_____
Notary Public in and for the
State of Texas

Notary's commission expires:

__9/30/21__

Affidavit of Ryan Weiss – Page 2