IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN THE MATTER OF:                                             CASE NO. 21-31701

RYAN NICHOLAS WEISS

  DEBTOR                                                               CHAPTER 11

### NOTICE OF APPEARANCE
### AND
### REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Denton County in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: September 29, 2021

                                                      Respectfully submitted,

                                                      MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                      Attorneys for Claimant, Denton County

                                                     */s/Tara LeDay*
                                                     Tara LeDay
                                                     State Bar Number 24106701
                                                     P.O. Box 1269
                                                     Round Rock, Texas 78680
                                                     Telephone: (512) 323-3200
                                                     Fax: (512) 323-3205
                                                     Email: tleday@mvbalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Areya Holder, Holder Law, 901 Main Street, Suite 5320, Dallas, Texas 75202; Scott M. Seidel (SBRA V), Seidel Law Firm 6505 West Park Blvd, Suite 306, Plano, Texas 75093, and to those parties listed on the Court's Notice of Electronic Filing on September 29, 2021, by Electronic Notification.

                                                        */s/Tara LeDay*
                                                        Tara LeDay