soantcstatcnf (02/21)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| Ryan Nicholas Weiss | § | Case No.: 21−31701−hdh11 |
| | § | Chapter 11, Subchapter V |
| Debtor(s) | § | |

## *SCHEDULING ORDER AND NOTICE OF STATUS CONFERENCE*

The above−captioned debtor (the "***Debtor***") has elected to proceed with this case under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "***Bankruptcy Code***"). This Scheduling Order and Notice of Status Conference facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, ***IT IS ORDERED:***

1. ***Subchapter V Case***. Unless otherwise ordered by the Court, this case is governed by the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code and the Interim Federal Rules of Bankruptcy Procedure as adopted by this Court by General Order 2020−01.

2. ***Debtor's Compliance with § 1187***. The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code.

3. ***Service of Notice of Commencement of Case by the Debtor***. The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor within 7 days after entry of the date of this Order.

4. ***Objections to Designation***. Any objection to the Debtor's designation as a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(b) no later than 30 days after the conclusion of the § 341 meeting of creditors, or within 30 days after any amendment to the Subchapter V designation, whichever is later.

5. ***Status Conference***. A Status Conference has been set on **11/8/21** at **09:00 AM** in the U.S. Bankruptcy Court, before the Honorable Harlin DeWayne Hale via Webex Dial−in (US/Canada: 1−650−479−3207, Access Code: 476 420 189) or via Webex video at https://us−courts.webex.com/meet/hale to consider resolution of the case pursuant to 11 U.S.C. § 1188.

6. ***Debtor's § 1188(c) Report***. The Debtor must file with the Court and serve on the Subchapter V trustee and all parties in interest the pre−status conference report required under § 1188(c) of the Bankruptcy Code no later than October 25, 2021. The Debtor's report shall include, at a minimum, a description of the Debtor's business and operations, the Debtor's efforts to formulate a Chapter 11 plan of reorganization and the Debtor's efforts to communicate with creditors regarding any such plan.

7. ***Plan of Reorganization***. Unless otherwise ordered by the Court, the Debtor must file with the Court a plan of reorganization in accordance with § 1189 of the Bankruptcy Code on or before ***12/22/21***. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

8. ***Additional Deadlines***. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance, or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

### END OF ORDER ###

United States Bankruptcy Court
Northern District of Texas

In re:  
Ryan Nicholas Weiss  
    Debtor

Case No. 21-31701-hdh  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: jbergreen     Page 1 of 3  
Date Rcvd: Oct 01, 2021     Form ID: onscf11V     Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Nicholas Weiss, 5557 Glenview Lane, The Colony, TX 75056, US 75056-3785 |
| cr | + | Denton County, P.O. Box 1269, c/o Tara LeDay, Round Rock, TX 78680-1269 |
| 19515009 | + | AMA Recovery Group, 3131 Eastside Street Suite 350, Houston, TX 77098-1947 |
| 19515010 | + | AMAX Leasing Source, 3850 Wilshire Blvd Suite 160, Los Angeles, CA 90010-3206 |
| 19515012 | + | Bands Company, Inc., PO Box 213, Millersburg, OH 44654-0213 |
| 19515013 | + | Barclay Mastercard, PO Box 8801, Wilmington, DE 19899-8801 |
| 19515014 | + | Barclays, PO Box 8801, Wilmington, DE 19899-8801 |
| 19515015 | + | Burnetta Weiss, 185 Mark Avenue, Killbuck, OH 44637-9515 |
| 19515016 | + | Castle Hills Financing, LLC, 2001 Joyous Circle, Lewisville, TX 75056-4217 |
| 19515017 | + | Castle Hills Motors, LLC, 5557 Glenview Lane, The Colony, TX 75056-3785 |
| 19515023 | + | Cooper Seidner, 5140 Brookhaven Drive, North Royalton, OH 44133-6494 |
| 19518092 | + | Denton County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX. 78680-1269 |
| 19515024 | + | Flex Capital Investments, LLC, 5557 Glenview Lane, The Colony, TX 75056-3785 |
| 19515025 | + | Greg Jedrusiak, 2108 Lancer Lane, Lewisville, TX 75056-4225 |
| 19515026 | + | Greg Jedrusiak, 2108 Lancer Lane, The Colony, TX 75056-4225 |
| 19515027 | + | Holder Law, 901 Main Street Suite 5320, Dallas, TX 75202-3700 |
| 19515029 | + | Jonathan Niel & Associates, 71 West Main Street Suite 304, Freehold, NJ 07728-2139 |
| 19515574 | + | Lewisville ISD, Linebarger Goggan Blair & Sampson, LLP, C/O Sherrel K. Knighton, 2777 N Stemmons Fwy, Ste 1000, Dallas, TX 75207-2328 |
| 19515030 | + | NextGear Capital, Inc., Attn: Michael G. Gibson, 11799 North College Avenue, Carmel, IN 46032-5605 |
| 19515031 | + | Pacific Premier Trust, FBO Scott Mollett IRA, PO Box 173859, Denver, CO 80217-3859 |
| 19515032 | + | Pensco FBO Alan Auge IRA, 1801 California Street Suite 800, Denver, CO 80202-2621 |
| 19515033 | + | Quilling, Selander, Lownds,, Winslet & Moser, P.C., 2001 Bryan Street Suite 1800, Dallas, TX 75201-3070 |
| 19515034 | #+ | Ryan Brown, PO Box 213, Millersburg, OH 44654-0213 |
| 19515035 | + | Ryley Seidner, 5140 Brookhaven Drive, North Royalton, OH 44133-6494 |
| 19515036 | + | Sue Smith, PO Box 213, Millersburg, OH 44654-0213 |
| 19515037 | + | Texas Line 5, LLC, PO Box 112737, Naples, FL 34108-0146 |
| 19515038 | + | TrueCar, 120 Broadway Suite 200, Santa Monica, CA 90401-2385 |
| 19515039 | + | U.S. Small Business Administration, 1545 Hawkins Blvd. Suite 202, El Paso, TX 79925-2654 |
| 19515040 | + | Wells Fargo, NA, PO Box 51193, Los Angeles, CA 90051-5493 |
| 19515042 | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd. #100, Los Angeles, CA 90010-3847 |
| 19515043 | + | XL Funding, LLC, 10333 N Meridian Street Suite 200, Indianapolis, IN 46290-1081 |
| 19515044 | + | XL Parts, 15701 NW Freeway, Houston, TX 77040-3047 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2021 12:20:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0539-3 | User: jbergreen | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: onscf11V | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 19515020 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 12:20:50 | Citi Bank, PO Box 790046, Saint Louis, MO 63179-0046 |
| 19515021 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 12:20:50 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19515022 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 12:20:48 | Citi Simplicity Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19515028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 12:20:50 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 19515018 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 01 2021 12:20:51 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 19515019 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 01 2021 12:20:49 | Chase Ink Business, PO Box 15153, Wilmington, DE 19886 |
| 19515337 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 01 2021 12:20:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19515041 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 01 2021 12:17:00 | Westlake Financial Services, 4751 Wilshire Blvd. #100, Los Angeles, CA 90010-3847 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lewisville ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N Stemmons Fwy, Ste. 1000, Dallas, TX 75207-2328 |
| 19515011 | ##+ | Ashton Taylor, 2121 Maple Street, Virginia Beach, VA 23451-1305 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Areya Holder | on behalf of Debtor Ryan Nicholas Weiss areya@holderlawpc.com holderlaw@jubileebk.net |
| Scott M. Seidel (SBRA V) | scott@scottseidel.com csms11@trustesolutions.net;susan.seidel@earthlink.net |
| Sherrel K. Knighton | on behalf of Creditor Lewisville ISD Sherrel.Knighton@lgbs.com Dallas.Bankruptcy@lgbs.com;Sean.French@lgbs.com;Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;Julie.Wilson@lgbs.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: jbergreen | Page 3 of 3 |
| Date Rcvd: Oct 01, 2021 | Form ID: onscf11V | Total Noticed: 41 |

Tara LeDay     on behalf of Creditor Denton County tleday@mvbalaw.com
vcovington@mvbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com;vjames@mvbalaw.com

United States Trustee     ustpregion06.da.ecf@usdoj.gov

TOTAL: 5