Patrick M. Lynch, Esq.
State Bar Number 24065655
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)
Email: plynch@qslwm.com

Attorneys for Line 5, LLC

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| Ryan Nicholas Weiss, | § § | Case No. 21-31701-hdh11 |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to Bankruptcy Rule 9010(b), Patrick M. Lynch of QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. hereby makes this notice of appearance as attorney for Line 5, LLC, creditor and party in interest in the above-referenced proceeding.

Please take further notice that Patrick M. Lynch of QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C., requests that all notices given or required to be given in Case No. 21-31701-hdh11 be given to the following:

Patrick M. Lynch, Esq.
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

The foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, demands, hearings,

requests, disclosure statements, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to Case No. 21-31701-hdh11, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Please take notice that Patrick M. Lynch and his law firm are not authorized agents to accept service of process on behalf of Line 5, LLC, and nothing contained in this Notice of Appearance shall be construed to imply the same.

DATED October 4, 2021.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)

By: /s/ Patrick M. Lynch
Patrick M. Lynch
State Bar Number 24065655
Email: plynch@qslwm.com

ATTORNEYS FOR MOVANT, LINE 5, LLC

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon Debtor by electronic filing notification, to Areya Holder; U.S. Trustee; and Scott M. Seidel, on October 4, 2021.

/s/ Patrick M. Lynch
Patrick M. Lynch