Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

PROPOSED COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2021, a true and correct copy of the Notice of Chapter 11 Bankruptcy Case and the Scheduling Order and Notice of Status Conference was served by BAE Systems (The Noticing Center) upon the parties listed below and on the attached mailing matrix via United States first class mail, postage prepaid.

Line 5, LLC
Quilling, Selander, et al
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3070

Denton County
P.O. Box 1269
c/o Tara LeDay
Round Rock, TX 78680-1269

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

                    Respectfully submitted,

               By: */s/ Areya Holder Aurzada*
                    Areya Holder Aurzada
                    State Bar No. 24002303
                    HOLDER LAW
                    901 Main Street, Suite 5320
                    Dallas, TX 75202
                    Telephone: (972) 438-8800
                    Email: areya@holderlawpc.com

                    PROPOSED COUNSEL FOR RYAN NICHOLAS WEISS