Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas   75242
(214) 767-8967

Asher Bublick
for the United States Trustee
asher.bublick@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 21-31701-hdh-11 |
| RYAN NICHOLAS WEISS, § | |
| § | (Subchapter 5) |
| Debtor. § | CHAPTER 11 |
| § | |
| § | |

### AMENDED NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

**TO THE HONORABLE HARLIN D. HALE,**
**UNITED STATES BANKRUPTCY JUDGE:**

On September 28, 2021, William T. Neary, United States Trustee for Region 6, filed his *Notice of Appointment of Subchapter V Trustee*, pursuant to 11 U.S.C. § 1183(a), to appoint Scott Seidel as the Subchapter V Trustee in this case. The United States Trustee is amending this Notice for the sole purpose of including the Subchapter V Trustee's hourly rate on his Verified Statement, which is attached to this Amended Notice.

DATED:       October 18, 2021            Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Asher M. Bublick*
Asher M. Bublick
Texas State Bar No. 24113629
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX   75242
214-767-8967
asher.bublick@usdoj.gov

## Certificate of Service

I certify that on the 18th day of October, 2021, a copy of this document was served on each party listed on the attached matrix.

*/s/ Asher M. Bublick*
Asher M. Bublick

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Asher Bublick
for the United States Trustee
*asher.bublick@usdoj.gov*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-31701-hdh-11 |
| RYAN NICHOLAS WEISS, | § | |
| | § | (Subchapter 5) |
| Debtor. | § | CHAPTER 11 |
| | § | |
| | § | |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $475, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: September 28, 2021

SCOTT SEIDEL,
SUBCHAPTER 5 TRUSTEE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 21-31701-hdh11<br>Northern District of Texas<br>Dallas<br>Mon Oct 18 12:55:25 CDT 2021 | Denton County<br>P.O. Box 1269<br>c/o Tara LeDay<br>Round Rock, TX 78680-1269 | Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 |
| Line 5, LLC<br>c/o Quilling, Selander, et al<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| AMA Recovery Group<br>3131 Eastside Street Suite 350<br>Houston, TX 77098-1947 | AMAX Leasing Source<br>3850 Wilshire Blvd Suite 160<br>Los Angeles, CA 90010-3206 | Ashton Taylor<br>2121 Maple Street<br>Virginia Beach, VA 23451-1305 |
| Bands Company, Inc.<br>PO Box 213<br>Millersburg, OH 44654-0213 | Barclay Mastercard<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Barclays<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Burnetta Weiss<br>185 Mark Avenue<br>Killbuck, OH 44637-9515 | Castle Hills Financing, LLC<br>2001 Joyous Circle<br>Lewisville, TX 75056-4217 | Castle Hills Motors, LLC<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi Bank<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Citi Cards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citi Simplicity Cards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Cooper Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 | Denton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 |
| Flex Capital Investments, LLC<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | Greg Jedrusiak<br>2108 Lancer Lane<br>Lewisville, TX 75056-4225 | Greg Jedrusiak<br>2108 Lancer Lane<br>The Colony, TX 75056-4225 |
| Holder Law<br>901 Main Street Suite 5320<br>Dallas, TX 75202-3700 | Home Depot<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Jonathan Niel & Associates<br>71 West Main Street Suite 304<br>Freehold, NJ 07728-2139 | NextGear Capital, Inc.<br>Attn: Michael G. Gibson<br>11799 North College Avenue<br>Carmel, IN 46032-5605 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Pacific Premier Trust<br>FBO Scott Mollett IRA<br>PO Box 173859<br>Denver, CO 80217-3859 | Pensco FBO Alan Auge IRA<br>1801 California Street Suite 800<br>Denver, CO 80202-2621 | Quilling, Selander, Lownds,<br>Winslet & Moser, P.C.<br>2001 Bryan Street Suite 1800<br>Dallas, TX 75201-3070 |
| Ryan Brown<br>PO Box 213<br>Millersburg, OH 44654-0213 | Ryley Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 | Sue Smith<br>PO Box 213<br>Millersburg, OH 44654-0213 |
| Texas Line 5, LLC<br>PO Box 112737<br>Naples, FL 34108-0146 | TrueCar<br>120 Broadway Suite 200<br>Santa Monica, CA 90401-2385 | U.S. Small Business Administration<br>1545 Hawkins Blvd. Suite 202<br>El Paso, TX 79925-2654 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Wells Fargo, NA<br>PO Box 51193<br>Los Angeles, CA 90051-5493 | Westlake Financial Services<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 |
| Westlake Flooring Company, LLC<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 | XL Funding, LLC<br>10333 N Meridian Street Suite 200<br>Indianapolis, IN 46290-1081 | XL Parts<br>15701 NW Freeway<br>Houston, TX 77040-3047 |
| Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 | Ryan Nicholas Weiss<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | Scott M. Seidel (SBRA V)<br>Seidel Law Firm<br>6505 West Park Blvd, Suite 306<br>Plano, TX 75093-6212 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Bank<br>PO Box 15153<br>Wilmington, DE 19886 | (d)Chase Ink Business<br>PO Box 15153<br>Wilmington, DE 19886 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Lewisville ISD
Linebarger Goggan Blair & Sampson, LLP
C/O Sherrel K. Knighton
2777 N Stemmons Fwy, Ste 1000
Dallas, TX 75207-2328

End of Label Matrix
Mailable recipients    50
Bypassed recipients     1
Total                  51