| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 21-31701-hdh11<br>Northern District of Texas<br>Dallas<br>Fri Oct 22 15:04:53 CDT 2021 | Denton County<br>P.O. Box 1269<br>c/o Tara LeDay<br>Round Rock, TX 78680-1269 | Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 |
| Line 5, LLC<br>c/o Quilling, Selander, et al<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| AMA Recovery Group<br>3131 Eastside Street Suite 350<br>Houston, TX 77098-1947 | AMAX Leasing Source<br>3850 Wilshire Blvd Suite 160<br>Los Angeles, CA 90010-3206 | Ashton Taylor<br>2121 Maple Street<br>Virginia Beach, VA 23451-1305 |
| Bands Company, Inc.<br>PO Box 213<br>Millersburg, OH 44654-0213 | Barclay Mastercard<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Barclays<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Burnetta Weiss<br>185 Mark Avenue<br>Killbuck, OH 44637-9515 | Castle Hills Financing, LLC<br>2001 Joyous Circle<br>Lewisville, TX 75056-4217 | Castle Hills Motors, LLC<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi Bank<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | Citi Cards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citi Simplicity Cards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Contractor's Bonding & Insurance Compan<br>9025 N. Lindbergh Dr.<br>9025 N. Lindbergh Dr.<br>Peoria, IL 61615-1499 | Cooper Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 |
| Denton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Flex Capital Investments, LLC<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | Greg Jedrusiak<br>2108 Lancer Lane<br>Lewisville, TX 75056-4225 |
| Greg Jedrusiak<br>2108 Lancer Lane<br>The Colony, TX 75056-4225 | Holder Law<br>901 Main Street Suite 5320<br>Dallas, TX 75202-3700 | Home Depot<br>PO Box 790328<br>Saint Louis, MO 63179-0328 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Jonathan  Niel & Associates<br>71 West Main Street Suite 304<br>Freehold, NJ 07728-2139 | NextGear Capital, Inc.<br>Attn: Michael G. Gibson<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |

```
PRA Receivables Management, LLC        Pacific Premier Trust                  Pensco FBO Alan Auge IRA
PO Box 41021                           FBO Scott Mollett IRA                  1801 California Street Suite 800
Norfolk, VA 23541-1021                 PO Box 173859                          Denver, CO 80202-2621
                                       Denver, CO 80217-3859


Quilling, Selander, Lownds,            Ryan Brown                             Ryley Seidner
Winslet & Moser, P.C.                  PO Box 213                             5140 Brookhaven Drive
2001 Bryan Street Suite 1800           Millersburg, OH 44654-0213             North Royalton, OH 44133-6494
Dallas, TX 75201-3070


Sue Smith                              Texas Line 5, LLC                      TrueCar
PO Box 213                             PO Box 112737                          120 Broadway Suite 200
Millersburg, OH 44654-0213             Naples, FL 34108-0146                  Santa Monica, CA 90401-2385


U.S. Small Business Administration     United States Trustee                  Wells Fargo Bank, N.A.
1545 Hawkins Blvd. Suite 202           1100 Commerce Street                   435 Ford Road, Suite 300
El Paso, TX 79925-2654                 Room 976                               St. Louis Park, MN 55426-4938
                                       Dallas, TX 75242-0996


Wells Fargo Bank, N.A.                 Wells Fargo Bank, N.A., Wells Fargo Card Ser  Wells Fargo, NA
Small Business Lending Division        PO Box 10438, MAC F8235-02F            PO Box 51193
P.O. Box 29482 MAC S4101-08C           Des Moines, IA  50306-0438             Los Angeles, CA 90051-5493
Phoenix, AZ 85038-9482


Westlake Financial Services            Westlake Flooring Company, LLC         XL Funding, LLC
4751 Wilshire Blvd. #100               4751 Wilshire Blvd. #100               10333 N Meridian Street Suite 200
Los Angeles, CA 90010-3847             Los Angeles, CA 90010-3847             Indianapolis, IN 46290-1081


XL Parts                               Areya Holder                           Ryan Nicholas Weiss
15701 NW Freeway                       Holder Law                             5557 Glenview Lane
Houston, TX 77040-3047                 901 Main Street, Suite 5320            The Colony, TX 75056-3785
                                       Dallas, TX 75202-3700


Scott M. Seidel (SBRA V)
Seidel Law Firm
6505 West Park Blvd, Suite 306
Plano, TX 75093-6212
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Bank                             (d)Chase Ink Business
PO Box 15153                           PO Box 15153
Wilmington, DE 19886                   Wilmington, DE 19886
```