IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RYAN NICOLAS WIESS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

TO THE BANKRUPTCY CLERK AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned law firm of Hendershot Cowart, PC, a Texas Professional Corporation, is appearing for Alan Auge, a party in interest in these proceedings, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 2002 of the Rules of Bankruptcy, respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon the undersigned attorney at the address and telephone number set forth below:

Simon W. Hendershot, III
Hendershot Cowart, PC
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783.2809
Email: trey@hchlawyers.com

-and-

Katie Cowart
Hendershot Cowart, PC
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110

Facsimile: (713) 783.2809

Email: kcowart@hchlawyers.com

-and-

Carolyn Carollo

Hendershot Cowart, PC

1800 Bering Drive, Suite 600

Houston, Texas 77057

Telephone: (713) 783-3110

Facsimile: (713) 783.2809

Email: ccarollo@hchlawyers.com

Simon W. Hendershot, III is designated as lead counsel on behalf of Alan Auge.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, delivery, telephone, telex or otherwise.

Respectfully submitted,

HENDERSHOT COWART, P.C.

By: /s/ Simon W. Hendershot, III
SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
KATIE COWART
SBN: 24048268
kcowart@hchlawyers.com
CAROLYN CAROLLO

SBN: 24083437
ccarollo@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809
**ATTORNEYS FOR ALAN AUGE**

## Certificate of Service

I certify that on October 29, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Simon W. Hendershot, III*
Simon W. Hendershot III