```
Label Matrix for local noticing          Denton County                            Holder Law
0539-3                                   P.O. Box 1269                            901 Main Street, Suite 5320
Case 21-31701-hdh11                      c/o Tara LeDay                           Dallas, TX 75202-3700
Northern District of Texas               Round Rock, TX 78680-1269
Dallas
Mon Nov  1 14:27:15 CDT 2021

Lewisville ISD                           Line 5, LLC                              Synchrony Bank
Linebarger Goggan Blair & Sampson, LLP   c/o Quilling, Selander, et al            c/o PRA Receivables Management, LLC
c/o Sherrel K. Knighton                  2001 Bryan Street                        PO Box 41021
2777 N Stemmons Fwy, Ste. 1000           Suite 1800                               Norfolk, VA 23541-1021
Dallas, TX 75207-2328                    Dallas, TX 75201-3070

1100 Commerce Street                     AMA Recovery Group                       AMAX Leasing Source
Room 1254                                3131 Eastside Street Suite 350           3850 Wilshire Blvd Suite 160
Dallas, TX 75242-1305                    Houston, TX 77098-1947                   Los Angeles, CA 90010-3206


Ashton Taylor                            Bands Company, Inc.                      Barclay Mastercard
2121 Maple Street                        PO Box 213                               PO Box 8801
Virginia Beach, VA 23451-1305            Millersburg, OH 44654-0213               Wilmington, DE 19899-8801


Barclays                                 Burnetta Weiss                           Castle Hills Financing, LLC
PO Box 8801                              185 Mark Avenue                          2001 Joyous Circle
Wilmington, DE 19899-8801                Killbuck, OH 44637-9515                  Lewisville, TX 75056-4217


Castle Hills Motors, LLC                 (p)JPMORGAN CHASE BANK  N A              Citi Bank
5557 Glenview Lane                       BANKRUPTCY MAIL INTAKE TEAM              PO Box 790046
The Colony, TX 75056-3785                700 KANSAS LANE FLOOR 01                 Saint Louis, MO 63179-0046
                                         MONROE LA 71203-4774


Citi Cards                               Citi Simplicity Cards                    Contractor's Bonding & Insurance Compan
PO Box 6500                              PO Box 6500                              9025 N. Lindbergh Dr.
Sioux Falls, SD 57117-6500               Sioux Falls, SD 57117-6500               9025 N. Lindbergh Dr.
                                                                                  Peoria, IL 61615-1499


Cooper Seidner                           Denton County                            Flex Capital Investments, LLC
5140 Brookhaven Drive                    c/o Tara LeDay                           5557 Glenview Lane
North Royalton, OH 44133-6494            P.O. Box 1269                            The Colony, TX 75056-3785
                                         Round Rock, TX. 78680-1269


Greg Jedrusiak                           Greg Jedrusiak                           Home Depot
2108 Lancer Lane                         2108 Lancer Lane                         PO Box 790328
Lewisville, TX 75056-4225                The Colony, TX 75056-4225                Saint Louis, MO 63179-0328


JPMorgan Chase Bank, N.A.                Jonathan  Niel & Associates              NextGear Capital, Inc.
s/b/m/t Chase Bank USA, N.A.             71 West Main Street Suite 304            Attn: Michael G. Gibson
c/o National Bankruptcy Services, LLC    Freehold, NJ 07728-2139                  11799 North College Avenue
P.O. Box 9013                                                                     Carmel, IN 46032-5605
Addison, Texas 75001-9013
```

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pacific Premier Trust<br>FBO Scott Mollett IRA<br>PO Box 173859<br>Denver, CO 80217-3859 | Pensco FBO Alan Auge IRA<br>1801 California Street Suite 800<br>Denver, CO 80202-2621 |
| Quilling, Selander, Lownds,<br>Winslet & Moser, P.C.<br>2001 Bryan Street Suite 1800<br>Dallas, TX 75201-3070 | Ryan Brown<br>PO Box 213<br>Millersburg, OH 44654-0213 | Ryley Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 |
| Sue Smith<br>PO Box 213<br>Millersburg, OH 44654-0213 | Texas Line 5, LLC<br>PO Box 112737<br>Naples, FL 34108-0146 | TrueCar<br>120 Broadway Suite 200<br>Santa Monica, CA 90401-2385 |
| U.S. Small Business Administration<br>1545 Hawkins Blvd. Suite 202<br>El Paso, TX 79925-2654 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 |
| Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo, NA<br>PO Box 51193<br>Los Angeles, CA 90051-5493 |
| Westlake Financial Services<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company, LLC<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 | XL Funding, LLC<br>10333 N Meridian Street Suite 200<br>Indianapolis, IN 46290-1081 |
| XL Parts<br>15701 NW Freeway<br>Houston, TX 77040-3047 | Alan Auge<br>HENDERSHOT COWART PC<br>1800 Bering Ste 600<br>Houston, TX 77057-3352 | Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 |
| Ryan Nicholas Weiss<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | Scott M. Seidel (SBRA V)<br>Seidel Law Firm<br>6505 West Park Blvd, Suite 306<br>Plano, TX 75093-6212 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>PO Box 15153<br>Wilmington, DE 19886 | (d)Chase Ink Business<br>PO Box 15153<br>Wilmington, DE 19886 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Holder Law                    (d)Lewisville ISD                          End of Label Matrix
901 Main Street Suite 5320       Linebarger Goggan Blair & Sampson, LLP     Mailable recipients    52
Dallas, TX 75202-3700            C/O Sherrel K. Knighton                    Bypassed recipients     2
                                 2777 N Stemmons Fwy, Ste 1000              Total                  54
                                 Dallas, TX 75207-2328
```