# FIVE YEAR PROJECTIONS

Ryan Weiss

| Income: | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contractor Dealership | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 |
| Consulting | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 | 5,375 |
| **Total income** | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 | $ 9,708 |

| Personal Expenses: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities/internet/phone/dish | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Storage Unit | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 |
| Rent | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 |
| Home maintenance | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Food | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 |
| Clothing | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Laundry and drycleaning | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Medical and Dental expenses | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| Gas, car repairs and maintenance | 363 | 363 | 363 | 363 | 363 | 363 | 363 | 363 | 363 | 363 | 363 | 363 |
| Recreation | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Personal care/grooming | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Income taxes | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 | 1,075 |
| Child Expenses | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Health/vision/dental insurance | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| **Total Expenses** | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 |

| **Income left to pay creditors** | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Plan Payments:**

| | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unsecured creditors | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Total Plan Payments | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |

**EXHIBIT A**

# FIVE YEAR PROJECTIONS

Ryan Weiss

| Income: | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contractor Dealership | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Consulting | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 | 5,583 |
| **Total income** | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 | $ 10,583 |
| | | | | | | | | | | | | |
| **Personal Expenses:** | | | | | | | | | | | | |
| Utilities/internet/phone/dish | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 |
| Storage Unit | 224 | 224 | 224 | 224 | 224 | 224 | 224 | 224 | 224 | 224 | 224 | 224 |
| Rent | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 |
| Home maintenance | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 |
| Food | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 |
| Clothing | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 | 254 |
| Laundry and drycleaning | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 | 51 |
| Medical and Dental expenses | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 | 153 |
| Gas, car repairs and maintenance | 371 | 371 | 371 | 371 | 371 | 371 | 371 | 371 | 371 | 371 | 371 | 371 |
| Recreation | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 |
| Personal care/grooming | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 | 102 |
| Income taxes | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 | 1,852 |
| Child Expenses | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 510 |
| Health/vision/dental insurance | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 | 765 |
| **Total Expenses** | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 | 9,083 |
| | | | | | | | | | | | | |
| **Income left to pay creditors** | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| | | | | | | | | | | | | |
| **Plan Payments:** | | | | | | | | | | | | |
| Unsecured creditors | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| | | | | | | | | | | | | |
| Total Plan Payments | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |

**EXHIBIT A**

## FIVE YEAR PROJECTIONS

Ryan Weiss

| Income: | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contractor Dealership | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 |
| Consulting | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 |
| **Total income** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** | **$ 11,250** |

| Personal Expenses: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities/internet/phone/dish | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 |
| Storage Unit | 232 | 232 | 232 | 232 | 232 | 232 | 232 | 232 | 232 | 232 | 232 | 232 |
| Rent | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 |
| Home maintenance | 322 | 322 | 322 | 322 | 322 | 322 | 322 | 322 | 322 | 322 | 322 | 322 |
| Food | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 |
| Clothing | 263 | 263 | 263 | 263 | 263 | 263 | 263 | 263 | 263 | 263 | 263 | 263 |
| Laundry and drycleaning | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 |
| Medical and Dental expenses | 159 | 159 | 159 | 159 | 159 | 159 | 159 | 159 | 159 | 159 | 159 | 159 |
| Gas, car repairs and maintenance | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 |
| Recreation | 264 | 264 | 264 | 264 | 264 | 264 | 264 | 264 | 264 | 264 | 264 | 264 |
| Personal care/grooming | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 |
| Income taxes | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 |
| Child Expenses | 528 | 528 | 528 | 528 | 528 | 528 | 528 | 528 | 528 | 528 | 528 | 528 |
| Health/vision/dental insurance | 891 | 891 | 891 | 891 | 891 | 891 | 891 | 891 | 891 | 891 | 891 | 891 |
| **Total Expenses** | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 | 9,750 |

| **Income left to pay creditors** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Plan Payments: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unsecured creditors | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Total Plan Payments | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |

**EXHIBIT A**

**FIVE YEAR PROJECTIONS**

Ryan Weiss

| Income: | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contractor Dealership | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 |
| Consulting | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 | 6,083 |
| **Total income** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** | **$ 11,708** |

**Personal Expenses:**

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities/internet/phone/dish | 819 | 819 | 819 | 819 | 819 | 819 | 819 | 819 | 819 | 819 | 819 | 819 |
| Storage Unit | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 |
| Rent | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| Home maintenance | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 |
| Food | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 | 1,147 |
| Clothing | 260 | 260 | 260 | 260 | 260 | 260 | 260 | 260 | 260 | 260 | 260 | 260 |
| Laundry and drycleaning | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| Medical and Dental expenses | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 164 | 164 |
| Gas, car repairs and maintenance | 397 | 397 | 397 | 397 | 397 | 397 | 397 | 397 | 397 | 397 | 397 | 397 |
| Recreation | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 | 273 |
| Personal care/grooming | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 |
| Income taxes | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 | 2,342 |
| Child Expenses | 546 | 546 | 546 | 546 | 546 | 546 | 546 | 546 | 546 | 546 | 546 | 546 |
| Health/vision/dental insurance | 922 | 922 | 922 | 922 | 922 | 922 | 922 | 922 | 922 | 922 | 922 | 922 |
| **Total Expenses** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** | **10,208** |

| **Income left to pay creditors** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** |

**Plan Payments:**

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unsecured creditors | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Total Plan Payments | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |

**EXHIBIT A**

# FIVE YEAR PROJECTIONS

Ryan Weiss

| Income: | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contractor Dealership | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 | 5,833 |
| Consulting | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 |
| **Total income** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** | **$ 12,083** |

| Personal Expenses: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utilities/internet/phone/dish | 964 | 964 | 964 | 964 | 964 | 964 | 964 | 964 | 964 | 964 | 964 | 964 |
| Storage Unit | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 | 249 |
| Rent | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 | 2,600 |
| Home maintenance | 344 | 344 | 344 | 344 | 344 | 344 | 344 | 344 | 344 | 344 | 344 | 344 |
| Food | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 | 1,187 |
| Clothing | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 | 269 |
| Laundry and drycleaning | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 |
| Medical and Dental expenses | 170 | 170 | 170 | 170 | 170 | 170 | 170 | 170 | 170 | 170 | 170 | 170 |
| Gas, car repairs and maintenance | 411 | 411 | 411 | 411 | 411 | 411 | 411 | 411 | 411 | 411 | 411 | 411 |
| Recreation | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 |
| Personal care/grooming | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 |
| Income taxes | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 | 2,417 |
| Child Expenses | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 |
| Health/vision/dental insurance | 954 | 954 | 954 | 954 | 954 | 954 | 954 | 954 | 954 | 954 | 954 | 954 |
| Total Expenses | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 | 10,583 |

| **Income left to pay creditors** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** | **$ 1,500** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Plan Payments: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unsecured creditors | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Total Plan Payments | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |

**EXHIBIT A**