

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 9, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| RYAN NICHOLAS WEISS | § § | CASE NO. 21-31701-HDH |
| Debtor | § § § | Chapter 11 |

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, FIXING THE TIME FOR FILING OBJECTIONS TO THE CONFIRMATION OF THE PLAN AND THE HEARING ON CONFIRMATION OF THE PLAN**

A Plan of Reorganization (the "Plan") under Chapter 11 of the Bankruptcy Code having been filed by Ryan Nicholas Weiss on November 8, 2021 and the Debtor a being Subchapter V small business debtor:

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A. **December 21, 2021** at **1:30 p.m.**, is fixed for the hearing on Confirmation of the Plan, before the Honorable Harlin D. Hale, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas75242; however, parties may attend in person or via the WebEx link below:

https://us-courts.webex.com/meet/hale

Parties unfamiliar with WebEx are requested to review the attached WebEx information and tips prior to the hearing.

B. **December 14, 2021 at 5:00 p.m.** is fixed as the last day for filing and receipt by counsel for Debtor of voting ballots. Service of such ballots shall be made upon (i) the HOLDER LAW, 901 Main Street, Suite 5320, Dallas, Texas 75202, Attention: Areya Holder Aurzada; and (ii) the United States Trustee, 1100 Commerce Street, Room 9C60, Dallas, Texas 75242, Attention: Asher Bublick.

C. **December 14, 2021 at 5:00 p.m.** is fixed as the last day and time for filing and receipt by counsel for Debtor of written OBJECTIONS TO the Plan referred above. Service of such objections shall be made upon (i) HOLDER LAW, 901 Main Street, Suite 5320, Dallas, Texas 75202, Attention: Areya Holder Aurzada; and (ii) the United States Trustee, 1100 Commerce, Room 9C60, Dallas, Texas 75242, Attention: Asher Bublick.

### End of Order ###

Respectfully submitted,

Areya Holder Aurzada
HOLDER LAW
901 Main Street, Suite 5320
Dallas, Texas 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com