# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: Ryan Nicolas Weiss | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: **21-31701-11** |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes **Lewisville ISD**, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. **Lewisville ISD** filed its secured claim on or about **September 24, 2021**, in the amount of **$27,000.54**, which claim is designated as claim number **1** on the claims register. Therefore, **Lewisville ISD** hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on ___10th___ day of ___November___, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Frwy Ste 1000
Dallas, Texas 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: /s/ Sherrel K Knighton
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie A. Spindler, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900