# COVER SHEET

HOLDER LAW's Motion for Distribution of Retainer

for the time period of September 27, 2021 through November 9, 2021

Capacity: Counsel for Debtor                                        Chapter: 11

Debtor/Case: In re: Ryan Nicholas Weiss /21-31701-HDH-11

Retainer Received: $11,040.00          Amount Previously Paid Post-petition: $0.00

**Amount Requested**:                          **Reductions:**

Fees: $8,700.00                                Vol. Fee Reduction: _____

Expenses: $279.44                              Expense Reduction: _____

Other: _____                            Total Reductions: $0.00

**Total**: $8,979.44

**Expenses:**

Copies per page: $0.20                         Postage: $105.76

Faxes per page: _____                   Other (specify): _____

**Hourly Rates:**

|                | Areya Holder | Associate Attorney | Paralegal/Clerical |
|----------------|--------------|--------------------|--------------------|
| Highest Rates: | $450.00      | $300.00            | $150.00            |
| Hours Billed:  | 16.50        | 0.0                | 8.5                |

Average: _____

/s/ Areya Holder Aurzada                        November 12, 2021
Signature                                        Date

Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| RYAN NICHOLAS WEISS § | | CASE NO. 21-31701-HDH |
| § | | |
| Debtor § | | Chapter 11 |
| § | | |

### HOLDER LAW'S MOTION FOR DISTRIBUTION OF RETAINER

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE OR OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**

Pursuant to the Local Rules of the United States Bankruptcy Court for the Northern District of Texas, HOLDER LAW (the "Firm" and/or "HOLDER LAW") submits its invoice for services rendered from September 27, 2021 through November 9, 2021 and submits this Motion for Distribution of Retainer and in support thereof would respectfully show as follows:

1. On September 23, 2021 (the "Petition Date"), Ryan Nicholas Weiss ("Debtor") filed for bankruptcy protection under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtor is continuing to operate as Debtor in Possession.

2. On August 6, 2021, HOLDER LAW received from the Debtor funds in the amount of $15,000.00. Prior to the filing of this Chapter 11 bankruptcy, HOLDER LAW applied $2,222.00 from funds received for attorney's fees and $1,738.00 for the Chapter 11 filing fee. These funds were earned and deposited pre-petition into HOLDER LAW's operating account. The remaining funds in the amount of $11,040.00 were immediately deposited into the Firm's retainer account.

3. On September 28, 2021, HOLDER LAW filed an Application of Debtor in Possession for an Order Authorizing Approval for Retention of HOLDER LAW as counsel for the Debtor ("Application") which disclosed its anticipated compensation, pursuant to Bankruptcy Rule 2016(b), and disclosed its relationship with Debtor, creditors or parties in interest pursuant to Bankruptcy Rule 2014.

4. Ms. Aurzada's current hourly rate is $450.00, the associate attorney's hourly rate is $300.00 and the paralegal's hourly rate is $150.00. From September 27, 2021 through November 9, 2021, the Firm expended $8,700.00 in attorney's fees and $279.44 in expenses for a total of $8,979.44. A true and correct copy of the Firm's statement is attached hereto as **Exhibit "A."**

5. Prior to filing this Motion and its Application for Employment, HOLDER LAW sought to determine its past and present connections with the Debtor, creditors, the United States Trustee, and/or any person employed in the office of the United States Trustee. Based upon this investigation, HOLDER LAW has no previous connections to the Debtor, the United States

Trustee, Debtor's creditors, or other parties in interest other than Ms. Aurzada was previously employed by Thomas D. Powers, Chapter 13 Trustee for the Northern District of Texas, Dallas Division, and Ms. Aurzada is currently serving as a Chapter 7 panel trustee for the Northern District of Texas, Dallas and Fort Worth Divisions. In addition, Ms. Aurzada currently and periodically serves as a Subchapter V Trustee and a Chapter 11 Trustee in the Northern District of Texas and other districts across the country.

6. To the best of HOLDER LAW's knowledge, HOLDER LAW is not aware of any other connections it has with the Debtor, its creditors, partners or other parties in interest in this Chapter 11 case, its respective attorneys, accountants, and does not hold or represent any other known or reasonably ascertainable interest adverse to the Debtor's estate with respect to the matters upon which it is to be engaged.

WHEREFORE PREMISES CONSIDERED, HOLDER LAW respectfully requests approval to draw down $8,979.44 for services rendered from September 27, 2021 through November 9, 2021, and for such other and further relief as may be just.

Date: November 12, 2021                    Respectfully Submitted,

                                           By: */s/Areya Holder Aurzada*
                                           Areya Holder Aurzada
                                           State Bar No. 24002303
                                           HOLDER LAW
                                           901 Main Street, Suite 5320
                                           Dallas, TX 75202
                                           Telephone: (972) 438-8800
                                           Email: areya@holderlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on November 12, 2021, upon the attach mailing matrix via United States first class mail, postage prepaid except for the parties listed below which received electronic notice.

Respectfully submitted,

By: /s/ *Areya Holder Aurzada*
Areya Holder Aurzada

PARTIES RECEIVING ELECTRONIC NOTICE:

Simon W. Hendershot, III on behalf of Creditor Alan Auge
trey@k-hpc.com, kcowart@k-hpc.com; rpanneton@hcmhlaw.com

Sherrel K. Knighton on behalf of Creditor Lewisville ISD
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com;
Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com; Julie.Wilson@lgbs.com

Tara LeDay on behalf of Creditor Denton County
tleday@mvbalaw.com, vcovington@mvbalaw.com; alocklin@mvbalaw.com;
pbowers@mvbalaw.com; tleday@ecf.courtdrive.com; vjames@mvbalaw.com

Patrick Michael Lynch on behalf of Creditor Line 5, LLC
plynch@qslwm.com, jtownzen@qslwm.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net; susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov