

**HOLDER LAW**
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: 972-438-8800

## *INVOICE*

| | |
|---|---|
| Invoice # | **349** |
| Invoice Date | Nov 10, 2021 |
| Matter # | 21-31701 |
| Case/Matter | Ryan Weiss |

**Bill To:**
Ryan Weiss
5557 Glenview Lane
The Colony, TX 75056

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Sep 27, 2021 | Drafted Affidavits regarding balance sheet, statement of operations and cash flow statement | AH | $150.00 | 0.6 | $90.00 |
| Sep 27, 2021 | Reviewed and revised Affidavits regarding Statement of Operations, Balance Sheet and Cash Flow Statement | AA | $450.00 | 0.2 | $90.00 |
| Sep 28, 2021 | Drafted, prepared, filed and served Application to Employ and supporting Exhibit | AH | $150.00 | 1.2 | $180.00 |
| Sep 28, 2021 | Drafted, prepared and filed 2014 & 2016 Statement | AH | $150.00 | 0.6 | $90.00 |
| Sep 28, 2021 | Meeting with Ryan to review and notarize Affidavits; filed Affidavits with the Court | AH | $150.00 | 0.5 | $75.00 |
| Sep 28, 2021 | Telephone conference with Scott Seidel regarding case status | AA | $450.00 | 0.1 | $45.00 |
| Sep 30, 2021 | Telephone conference with Ryan to review IDI documents | AH | $150.00 | 0.6 | $90.00 |
| Oct 04, 2021 | Prepared documents for IDI including redacting tax returns; sent correspondence to Kendra regarding same | AH | $150.00 | 0.3 | $45.00 |
| Oct 04, 2021 | BNC postage for serving 341 Notice and Sub V Chapter 11 Schedule Order | | $24.36 | Expense | $24.36 |
| Oct 04, 2021 | BNC copies for serving 341 Notice and Sub V Chapter 11 Schedule Order | | $17.64 | Expense | $17.64 |
| Oct 04, 2021 | Began draft of Plan of Reorganization | AH | $150.00 | 0.5 | $75.00 |
| Oct 05, 2021 | Prepared for and attended Initial Debtor Interview | AA | $450.00 | 1.3 | $585.00 |
| Oct 07, 2021 | Prepared and filed Certificate of Service regarding 341 Notice and Status Conference | AH | $150.00 | 0.3 | $45.00 |
| Oct 07, 2021 | Sent correspondence to Asher regarding Debtor's identification documents | AH | $150.00 | 0.2 | $30.00 |

EXHIBIT A

| Date | Description | | Rate | Hours | Amount |
|------|-------------|---|------|-------|--------|
| Oct 20, 2021 | Drafted, prepared and uploaded Order Employing HOLDER LAW as Counsel | AH | $150.00 | 0.3 | $45.00 |
| Oct 22, 2021 | Sent and reviewed multiple correspondence to/from Ryan regarding tax returns, narrative and Plan | AA | $450.00 | 0.4 | $180.00 |
| Oct 22, 2021 | Drafted Status Report | AA | $450.00 | 0.5 | $225.00 |
| Oct 22, 2021 | Prepared and filed Status Report | AH | $150.00 | 0.2 | $30.00 |
| Oct 28, 2021 | Began drafting Plan of Reorganization | AA | $450.00 | 3.2 | $1,440.00 |
| Oct 29, 2021 | Continued drafting Plan of Reorganization | AA | $450.00 | 2.1 | $945.00 |
| Nov 01, 2021 | Attended 341 Meeting with Ryan and telephone conference with Ryan prior to and after the meeting | AA | $450.00 | 1.3 | $585.00 |
| Nov 01, 2021 | Sent correspondence to Asher with the US Trustee's Office regarding Debtor's 2019 and 2020 Tax Returns | AH | $150.00 | 0.2 | $30.00 |
| Nov 02, 2021 | Continued drafting Plan of Reorganization and telephone conference with Ryan regarding same | AA | $450.00 | 6.1 | $2,745.00 |
| Nov 04, 2021 | Reviewed correspondence from Ryan and revised schedule E/F | AH | $150.00 | 0.4 | $60.00 |
| Nov 04, 2021 | Sent correspondence to Kendra regarding Debtor's insurance | AH | $150.00 | 0.2 | $30.00 |
| Nov 05, 2021 | Reviewed correspondence and projections from Ryan; telephone conference regarding same | AH | $150.00 | 0.4 | $60.00 |
| Nov 08, 2021 | Attended Status Conference and telephone conference with Ryan regarding same and Plan filing | AA | $450.00 | 0.4 | $180.00 |
| Nov 08, 2021 | Drafted Voting Ballots for Plan | AH | $150.00 | 0.5 | $75.00 |
| Nov 08, 2021 | Received/sent correspondence from/to Debtor regarding amendments to schedule E/F; prepared and filed Amended Schedule E/F | AH | $150.00 | 0.5 | $75.00 |
| Nov 08, 2021 | Court filing fee for Amended Schedule E/F (--/E112) | | $32.00 | Expense | $32.00 |
| Nov 08, 2021 | Made final review and revisions to Plan before filing | AA | $450.00 | 0.9 | $405.00 |
| Nov 08, 2021 | Correspondence to/from Courtroom Deputy regarding the confirmation hearing; calculated deadlines and drafted, prepared and uploaded Order Setting Confirmation Hearing | AH | $150.00 | 0.6 | $90.00 |
| Nov 08, 2021 | Prepared and filed Plan of Reorganization and supporting Exhibit A | AH | $150.00 | 0.4 | $60.00 |

EXHIBIT A

| Nov 09, 2021 | Postage and copies for serving confirmation material (--/E134) | $205.44 | Expense | $205.44 |
|---|---|---|---|---|

| | |
|---|---|
| Total Fees | $8,700.00 |
| Total Expenses | $279.44 |
| Subtotal | $8,979.44 |
| Past Due Balance | $0.00 |
| **Total** | **$8,979.44** |

**Please pay: $8,979.44**

Timekeeper Summary

| Timekeeper | Hours | Fee Billed |
|---|---|---|
| AA - Areya Aurzada [Partner] | 16.50 h | $7,425.00 |
| AH - Amy Hinson [Legal Assistant] | 8.50 h | $1,275.00 |
| **Total** | **25.00 h** | **$8,700.00** |