**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| RYAN NICHOLAS WEISS | § § | CASE NO. 21-31701-hdh11V |
| | § § | CHAPTER 11 SBRA V |
| DEBTOR | § § | |

### CERTIFICATE OF NO RESPONSE/NO OBJECTIONS (Docket No. 28)

On November 1, 2021, Scott M. Seidel, the SBRA V Trustee (the *"Movant"*) in the referenced case, filed and served his Motion for Post-Petition Security Deposit (the *"Motion"*). The Motion was served to creditors and parties in interest and pursuant to Local Bankruptcy Rule 9007.1(b), as part of the Motion, the Movant gave notice of a response deadline of twenty-four (24) days after service of the Motion. Responses were to be served no later than November 25, 2021. Objections to the Motion were to have been served on the Movant. As of the filing date of this Certificate, the Movant has received neither objections nor responses to the Motion and the docket reflects that neither objections nor responses have been filed.

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450

SEIDEL LAW FIRM
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: 214-234-2500
scott@scottseidel.com
SBRA V TRUSTEE