

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| RYAN NICHOLAS WEISS § | | CASE NO. 21-31701-HDH |
| § | | |
| Debtor § | | Chapter 11 |
| § | | |

## ORDER GRANTING HOLDER LAW'S MOTION FOR
## DISTRIBUTION OF RETAINER

Came on to be considered HOLDER LAW's Motion for Distribution of Retainer (the "Motion") in its capacity as counsel for Ryan Nicholas Weiss for the period beginning September 27, 2021 through November 9, 2021. No objections or responses were filed to the Motion, and the Court finds notice was proper and sufficient. The Court further finds that good cause exists for the relief requested, and the fees and expenses incurred were reasonable and necessary.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that HOLDER LAW's Motion for Distribution of Retainer in its capacity as counsel for Ryan Nicholas Weiss for the period beginning September 27, 2021 through November 9, 2021 is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that HOLDER LAW is allowed to draw down $8,979.44 from the Debtor's retainer held by HOLDER LAW for attorney's fees and expenses for services rendered from September 27, 2021 through November 9, 2021.

### End of Order ###

Prepared by:

Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com