

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2021**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS  DIVISION

IN RE:

**RYAN NICHOLAS WEISS**

**Debtor**

**Case No. 21-31701-hdh11V**
**Chapter 11**

### ORDER GRANTING MOTION OF SUBCHAPTER V TRUSTEE
### FOR POST-PETITION SECURITY DEPOSIT

**ON THIS DAY CAME ON FOR CONSIDERATION** the Motion for Post-Petition

Security Deposit (the "*Motion*") filed by Scott M. Seidel, Subchapter V Trustee (the "Trustee").

No  objections or  responses were filed to the Motion.  After consideration of the Motion, finding

that notice was proper and that the Office of the United States Trustee has no objections to the

Motion other than the limited objection by the Debtor resolved by the agreement herein, the Court

finds that the Motion should be granted on the terms set forth herein.

**IT IS, THEREFORE, ORDERED** that:

1.    The Motion for Post-Petition Security Deposit is hereby granted on the terms set forth herein; and

2.    The Debtor shall pay a post-petition security deposit of $6,000.00 to the Trustee in three (3) monthly installments of $2,000.00 to be delivered to the Trustee beginning on December 15, 2021 with additional  monthly payments to be paid on January 15, 2022 and February 15, 2022, without prejudice to the Trustee requesting further fees and deposit; and

3.    Trustee shall hold such funds in a federally insured account until such time as Trustee's fees and expenses have been approved by an order of this Court or until further order of the Court.

**# # #  END OF ORDER  # # #**

Submitted by:
*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
SBT   17999450
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, Texas   75093
Telephone: (214) 234-2500
scott@scottseidel.com
SBRA V Trustee

Order granting Trustee's Motion for Post-Petition Security Deposit