FILED: 6/3/2021 12:12 PM
David Trantham
Denton County District Clerk
By: Victoria Decuir, Deputy

Ca. No. 19-3784-442

| | | |
|---|---|---|
| TEXAS LINE 5, LLC | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 442ND JUDICIAL DISTRICT |
| | § | |
| CASTLE HILLS MOTORS LLC | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | DENTON COUNTY, TEXAS |

## <u>DEFAULT JUDGMENT</u>

CAME ON to be heard Plaintiff Line 5, LLC d/b/a Texas Line 5, LLC's Motion for Default Judgment against Defendants Castle Hills Motors LLC and Ryan Weiss. Plaintiff appeared, by and through its attorney of record, and announced ready for trial, and Defendants Castle Hills Motors LLC and Ryan Weiss, although having heretofore been served with Citation within the time and manner prescribed by law, came not, but wholly made default; wherefore, no jury having been demanded, all matters of fact as well as of law were submitted to the Court; and the Court having considered the pleadings, evidence and argument of counsel, is of the opinion and finds that Plaintiff Line 5 LLC d/b/a Texas Line 5, LLC should recover judgment against Defendants Castle Hills Motors LLC and Ryan Weiss as prayed for in Plaintiff's First Amended Petition.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that Plaintiff have and recover against Defendants Castle Hills Motors LLC and Ryan Weiss as follows:

Breach of contract against Defendants Castle Hills Motors LLC and Ryan Weiss and in favor of Line 5 LLC d/b/a Texas Line 5 LLC in the amount of $225,908.49, plus interest of $65,418.17 as of September 30, 2020 and continuing to accrue at 18% annually until the day of judgment, plus Attorneys' fees and legal expenses of $3,520, as well as an additional $1,500 for attorneys' fees in the event of an unsuccessful motion for new trial by Defendant, as well as an additional $3,500 for attorneys' fees in the



EXHIBIT
C

event of an unsuccessful appeal by Defendant to the Court of Appeals, plus an additional $2,500 for

attorneys' fees in the event of an unsuccessful petition for review by Defendant to the Supreme Court,

together with interest at the rate of 18% per annum from and after the date of Judgment, and costs of Court

herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Line 5, LLC d/b/a

Texas Line 5, LLC have all writs of process and orders necessary to execute this Judgment.

This Default Judgment is a final judgment and disposes of all claims and parties in the instant cause.

All relief not expressly granted herein is denied.

SIGNED this the ___3___ day of ___June_____, 2021.

_____
JUDGE PRESIDING