## Motor Vehicle Dealers List - Dennis Auto Investments LLC

| Field | Value |
|---|---|
| COUNTY | Denton |
| GDN # | P160684 |
| EXP DATE | 09/30/2022 |
| BUSINESS NAME | Dennis Auto Investments LLC |
| DBA | Certified Autos of North Texas |
| PHYSICAL ADDRESS 1 | 1630 RIVERVIEW DR |
| PHYSICAL ADDRESS 2 | |
| CITY | LEWISVILLE |
| STATE | Texas |
| ZIP CODE | 75056-4830 |
| MAILING ADDRESS 1 | 1630 RIVERVIEW DR |
| MAILING ADDRESS 2 | |
| MAIL CITY | LEWISVILLE |
| MAIL STATE | Texas |
| MAIL ZIP CODE | 75056-4830 |
| PHONE | (330) 231-1203 |
| LICENSE TYPE | Motor Vehicle |
| ACTIVE | 10/26/2020 |
| DEALER TYPE | |

