Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| RYAN NICHOLAS WEISS § | | CASE NO. 21-31701-HDH |
| § | | |
| Debtor § | | Chapter 11 |
| § | | |

### BALLOT SUMMARY AND CERTIFICATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, RYAN NICHOLAS WEISS, ("Debtor," and "Debtor in Possession"), and files this Ballot Summary and Certification pursuant to Local Bankruptcy Rule 3018.2 and in support thereof would respectfully show as follows:

1. **BALLOTS IN FAVOR:** Debtor's counsel received the following 4 written ballots in support of Debtor's Plan of Reorganization (the "Plan"):

    Class 3:  All Allowed Unsecured Claims

    A. Greg Jedrusiak $360,000.00

    B. Alan Auge $197,333.36

    C. Ryley Seidner $50,000.00

    D. Cooper Seidner $25,000.00

2. **BALLOTS IN OPPOSITION:** Debtor's counsel received the following 1 written ballot in opposition to Debtor's Plan:

BALLOT SUMMARY AND CERTIFICATION                                                                                                   1

<u>Class 3:  All Allowed Unsecured Claims</u>

    A.    Line 5, LLC $340,051.71

3.    **<u>OBJECTIONS TO CONFIRMATION:</u>**  Debtor received one written objection to its proposed Plan filed by Line 5, LLC.

Respectfully submitted,

By: */s/ Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS