# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In Re:                                                                                  Chapter 11

RYAN NICHOLAS WEISS

                                                                                           Case No. 21-31701

Debtor

## **WITHDRAWAL OF CLAIM 2 FILED BY HARRISON CAD, TEXAS**

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for Denton County and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws this claim.

Date: December 20, 2021

                                                                 Respectfully submitted,

                                                                 **MCCREARY, VESELKA, BRAGG & ALLEN, P.C.**

                                                                 By: */s/ Tara LeDay*
                                                                     Tara LeDay (TX 24106701)
                                                                     P. O. Box 1269
                                                                     Round Rock, TX 78680
                                                                     Telephone: (512) 323-3200
                                                                     Fax: (512) 323-3205
                                                                     Email: tleday@mvbalaw.com

*Attorneys for Denton County*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 20, 2021, a true and correct copy of the foregoing document was served by U.S. Postal Service and via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

                                              */s/ Tara LeDay*
                                              Tara LeDay

Debtor:
Ryan Nicholas Weiss
5557 Glenview Lane
The Colony, TX 75056

Debtor Attorney:
Holder Law
901 Main Street, Suite 5320
Dallas, TX 75202

Trustee:
Scott M. Seidel (SBRA V)
Seidel Law Firm
6505 West Park Blvd, Suite 306
Plano, TX 75093