Patrick M. Lynch, Esq.
State Bar Number 24065655
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)
Email: plynch@qslwm.com

Attorneys for Line 5, LLC d/b/a Texas Line 5, LLC

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>Ryan Nicholas Weiss,<br><br>Debtor. | § § § § § § § § § | Case No. 21-31701-hdh11 |
| Line 5, LLC d/b/a Texas Line 5, LLC,<br><br>Movant,<br><br>v.<br><br>Ryan Nicholas Weiss,<br><br>Debtor-Respondent. | § § § § § § § § § § § | Confirmaton Hearing Date:<br><br>December 21, 2021 |

### STIPULATION OF WITHDRAWAL OF OBJECTION
### TO DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW Line 5, LLC d/b/a Texas Line 5, LLC**, Creditor in the above-styled contested matter and stipulates upon the record that it no longer wishes to pursue its objection to Debtor's chapter 11 Plan [Docket 40].

**WHEREFORE, PREMISES CONSIDERED,** Line 5, LLC d/b/a Texas Line 5, LLC stipulates that its Objection to Debtor's Chapter 11 Plan be Withdrawn.

      Respectfully submitted,

      QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
      2001 Bryan Street, Suite 1800
      Dallas, TX 75201
      (214) 871-2100 (telephone)
      (214) 871-2111 (telefax)

      By: /s/ Patrick M. Lynch
          Patrick M. Lynch
          State Bar Number 24065655
          Email: plynch@qslwm.com

      ATTORNEYS FOR MOVANT, LINE 5, LLC
      D/B/A TEXAS LINE 5, LLC

CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing was served upon the parties listed below by electronic filing notification, on December 20, 2021.

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Areya Holder, Esq.
Holder Law
901 Main Street, Suite 5320
Dallas, TX 75202

Scott M Seidel (SBRA V)
Seidel Law Firm
6505 West Park Blvd., Suite 306
Plano, TX 75093

      /s/ Patrick M. Lynch
      Patrick M. Lynch