Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| RYAN NICHOLAS WEISS § | | CASE NO. 21-31701-HDH |
| § | | |
| Debtor § | | Chapter 11 |
| § | | |

## AMENDED WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Ryan Nicholas Weiss ("Movant") and respectfully submits this Amended Witness and Exhibit List in connection with the hearings to consider the confirmation of the Debtor's Plan of Reorganization and Disclosure Contained Herein (the "Plan") scheduled for December 21, 2021 at 1:30 p.m., and in support thereof would respectfully show as follows:

### I.    Witness List

HOLDER LAW reserves the right to call the following witnesses:

A. Ryan Nicholas Weiss;

B. Any witness designated and/or called by any party in interest;

C. Any witness designated and/or called by the United States Trustee;

D. Any rebuttal witnesses;

E. Any impeachment witnesses.

## II. Exhibit List

A. Exhibit A to Debtor's Plan of Reorganization and Disclosure Contained Herein– Five Year Projections;

B. Debtor's Plan of Reorganization and Disclosure Contained Herein;

C. Ballot Summary and Certification along with voting ballots;

D. Debtor's October 2021 Monthly Operating Report;

E. Amended Ballot Summary and Certification;

F. Any exhibit designated by any party in interest;

G. Any exhibit designated by the United States Trustee;

H. Any rebuttal exhibit;

I. Any impeachment exhibit.

HOLDER LAW expressly reserves the right to amend and/or supplement this Amended Witness and Exhibit List at any time.

Respectfully submitted,

By: */s/ Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

Counsel for Ryan Nicholas Weiss

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing instrument has been served via electronic notice on the parties list below on this 20th day of December, 2021.

Simon W. Hendershot, III on behalf of Creditor Alan Auge
trey@k-hpc.com, kcowart@k-hpc.com; rpanneton@hcmhlaw.com

Sherrel K. Knighton on behalf of Creditor Lewisville ISD
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com; Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com; Julie.Wilson@lgbs.com

Tara LeDay on behalf of Creditor Denton County
tleday@mvbalaw.com, vcovington@mvbalaw.com; alocklin@mvbalaw.com; pbowers@mvbalaw.com; tleday@ecf.courtdrive.com; vjames@mvbalaw.com

Patrick Michael Lynch on behalf of Creditor Line 5, LLC
plynch@qslwm.com, jtownzen@qslwm.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net; susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

                                       Respectfully Submitted,

                                       By: */s/ Areya Holder Aurzada*
                                            Areya Holder Aurzada