BTXN 208 (rev. 07/09)

| IN RE: Ryan Nicholas Weiss | CONFIRMATION OF PLAN (32) | Case # 21–31701–hdh11 |
|---|---|---|
| **DEBTOR** | | |

**TYPE OF HEARING**

| RYAN NICHOLAS WEISS | *VS* | |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| AREYA AURZADA | | |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

DEBTOR'S: A – E

| J. Bergreen | 12/21/2021 | Harlin DeWayne Hale |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |