

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 3, 2022**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Ryan Nicholas Weiss, | § § | Case No. 21-31701-hdh11 |
| Debtor. | § § § | Chapter 7 |

### ORDER DIRECTING 2004 EXAMINATION

Came on for consideration, Line 5 LLC, d/b/a Texas Line 5, LLC's ("Movant") Motion for Examination of Debtor pursuant to Bankruptcy Rule 2004 seeking an examination of Ryan Nicholas Weiss ("Debtor"). The Court, after considering the Motion, finds good cause to direct the 2004 examination of Debtor. IT IS THEREFORE,

ORDERED that Debtor shall appear for a Rule 2004 Examination at 10:00 a.m. on January 5, 2022, through video stream, without the necessity of a subpoena, for examination under oath by Line 5, LLC, d/b/a Texas Line 5, LLC.

###END OF ORDER###