

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 19, 2022**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>Ryan Nicholas Weiss,<br>    Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 21-31701-hdh11 |
| Line 5, LLC d/b/a Texas Line 5, LLC,<br><br>Movant,<br><br>v.<br><br>Ryan Nicholas Weiss,<br>    Debtor-Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING
## COMPLAINTS UNDER 11 U.S.C. §§ 523 & 727

Came on for consideration, Line 5, LLC d/b/a Texas Line 5, LLC's ("Movant") Motion to Extend Deadline for Filing Complaints Under 11 U.S.C. §§ 523 & 727 seeking order extending the bar date for Movant to file a complaint to object to the Debtor's discharge under §727 or to challenge the dischargeabilty of certain debts under §523 for a period of 30 days from December 21, 2021 to January 20, 2022.  IT IS

1

THEREFORE,

ORDERED that the bar date for Line 5, LLC d/b/a Texas Line 5, LLC to file a complaint to object to the Debtor's discharge under §727 or to challenge the dischargeabilty of certain debts under §523 shall be extended to January 20, 2022.

###END OF ORDER###