

EVERY PRODUCT. EVERY CUSTOMER. **EVERY TIME.**

## ATTACHMENT A

### PERSONAL GUARANTEE OF DEALER PRINCIPAL

This Personal Guarantee ("Personal Guarantee") is made this __13__ day of __June__ ☐, __2017__ (the "Effective Date"), by and between LINE 5, LLC, a Florida corporation with its principal place of business located at 5644 Tavilla Ct., Suite 102, Naples, Florida 34110 ("LINE 5"), and __Ryan Weiss_____, an individual ("Guarantor")

### RECITALS

LINE 5 has entered into a LINE 5, LLC Dealership Participation Agreement with __Castle Hills Motors LLC__ ("Dealer") to provide financing services to Dealer pursuant to the terms of the LINE 5, LLC Dealership Participation Agreement. As an express condition of LINE 5 providing such financing services to Dealer, LINE 5 requires Dealer's principal(s), and each of them, to execute and deliver to LINE 5 a Personal Guarantee.

Therefore, LINE 5 and Guarantor agree as follows:

1. Guarantor agrees to personally guarantee the obligations of Dealer to LINE 5, LLC as set forth in the LINE 5, LLC Dealership Participation Agreement.

2. Upon written notice from LINE 5, LLC, Guarantor shall promptly pay LINE 5, LLC any amount Dealer owes to LINE 5, LLC per the terms of the LINE 5, LLC Dealership Participation Agreement, including interest at a rate of one and one-half percent (1 1/2%) per month or the maximum amount permitted by law, whichever is higher, on the past due balance and any attorney's fees incurred in connection with the collection of the balance due.

3. LINE 5, LLC is not obligated to take any collection action against Dealer prior to exercising its rights against Guarantor under this Personal Guarantee.

4. Guarantor is solely responsible for being and keeping itself informed of the financial condition of Dealer and Dealer's obligations under the LINE 5, LLC Dealership Participation Agreement. Guarantor agrees that LINE

Dealer Initials __RW__
Line 5 Initials _____

P.O. Box 112737, Naples, FL 34108
p. 844 775 4635   f. 239 631 2331


EXHIBIT B

WWW.LINE5.COM

4835-5021-9079.1 / Page 12



EVERY PRODUCT. EVERY CUSTOMER. **EVERY TIME.**

5, LLC shall have no duty to notify or advise Guarantor of information known to LINE 5, LLC regarding such condition or such circumstances.

5.  In the event any legal proceedings are brought with respect to the enforcement of the LINE 5, LLC Dealership Participation Agreement or this Personal Guarantee, the prevailing party or parties in such proceedings shall be entitled to recover from the losing party or parties all reasonable costs and expenses of such proceedings, including reasonable attorneys' fees.

6.  This guarantee runs both jointly and severally in the event of Dealer has multiple Guarantors.

7.  This Personal Guarantee shall be governed by and construed in accordance with the laws of the State of Florida, United States of America; provided, however, that any conflict of law rules of the State of Florida, U.S.A., shall not operate to require the application of the laws of any other jurisdiction.

8.  LINE 5, LLC and Guarantor agree that any legal action or proceeding against either of them with respect to the LINE 5, LLC Dealership Participation Agreement or this Personal Guarantee shall be brought in the State or Federal courts within the State of Florida, U.S.A., and the parties hereby submit to the jurisdiction of each such court.

**IN WITNESS WHEREOF, the parties have caused their duly authorized representatives to execute this Agreement on the date first above written at the places indicated below.**

| **LINE 5, LLC** | | **Guarantor** | |
|---|---|---|---|
| | | _(signature)_ | 06/13/2017 |
| **Signed By** | **Date** | **Signed By** | **Date** |
| | | Ryan Weiss | |
| **Print Name** | **Title** | **Print Name** | |

Dealer Initials _RW_

Line 5 Initials _____

P.O. Box 112737, Naples, FL 34108
p. 844 775 4635   f. 239 631 2331

**WWW.LINE5.COM**

4835-5021-9079.1 / Page 13