

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 19, 2022**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>Ryan Nicholas Weiss,<br>     Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 21-31701-hdh11 |
| Line 5, LLC d/b/a Texas Line 5, LLC,<br><br>Movant,<br><br>v.<br><br>Ryan Nicholas Weiss,<br>     Debtor-Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS UNDER 11 U.S.C. §§ 523 & 727

Came on for consideration, Line 5, LLC d/b/a Texas Line 5, LLC's ("Movant") Motion to Extend Deadline for Filing Complaints Under 11 U.S.C. §§ 523 & 727 seeking order extending the bar date for Movant to file a complaint to object to the Debtor's discharge under §727 or to challenge the dischargeabilty of certain debts under §523 for a period of 30 days from December 21, 2021 to January 20, 2022.  IT IS

1

THEREFORE,

ORDERED that the bar date for Line 5, LLC d/b/a Texas Line 5, LLC to file a complaint to object to the Debtor's discharge under §727 or to challenge the dischargeabilty of certain debts under §523 shall be extended to January 20, 2022.

###END OF ORDER###

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 21-31701-hdh |
| Ryan Nicholas Weiss | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf013 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Nicholas Weiss, 5557 Glenview Lane, The Colony, TX 75056, US 75056-3785 |
| cr | + | Alan Auge, HENDERSHOT COWART PC, 1800 Bering Ste 600, Houston, TX 77057, UNITED STATES 77057-3352 |
| cr | + | Denton County, P.O. Box 1269, c/o Tara LeDay, Round Rock, TX 78680-1269 |
| cr | + | Line 5, LLC, c/o Quilling, Selander, et al, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| 19515009 | + | AMA Recovery Group, 3131 Eastside Street Suite 350, Houston, TX 77098-1947 |
| 19515010 | + | AMAX Leasing Source, 3850 Wilshire Blvd Suite 160, Los Angeles, CA 90010-3206 |
| 19538991 | + | Alan Auge, 24205 158th Ave E, Graham, WA 98338-8689 |
| 19515012 | + | Bands Company, Inc., 5675 CR 349, Millersburg, OH 44654-9753 |
| 19515015 | + | Burnetta Weiss, 185 Mark Avenue, Killbuck, OH 44637-9515 |
| 19515016 | + | Castle Hills Financing, LLC, 2001 Joyous Circle, Lewisville, TX 75056-4217 |
| 19515017 | + | Castle Hills Motors, LLC, 5557 Glenview Lane, The Colony, TX 75056-3785 |
| 19531007 | + | Contractor's Bonding & Insurance Company, 9025 N. Lindbergh Dr., 9025 N. Lindbergh Dr., Peoria, IL 61615-1499 |
| 19515023 | + | Cooper Seidner, 5140 Brookhaven Drive, North Royalton, OH 44133-6494 |
| 19518092 | + | Denton County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX. 78680-1269 |
| 19515024 | + | Flex Capital Investments, LLC, 5557 Glenview Lane, The Colony, TX 75056-3785 |
| 19515025 | + | Greg Jedrusiak, 2108 Lancer Lane, Lewisville, TX 75056-4225 |
| 19515026 | + | Greg Jedrusiak, 2108 Lancer Lane, The Colony, TX 75056-4225 |
| 19515027 | + | Holder Law, 901 Main Street Suite 5320, Dallas, TX 75202-3700 |
| 19528130 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 19515029 | + | Jonathan Niel & Associates, 71 West Main Street Suite 304, Freehold, NJ 07728-2139 |
| 19548299 | + | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 19515030 | + | NextGear Capital, Inc., Attn: Michael G. Gibson, 11799 North College Avenue, Carmel, IN 46032-5605 |
| 19515031 | #+ | Pacific Premier Trust, FBO Scott Mollett IRA, PO Box 173859, Denver, CO 80217-3859 |
| 19515032 | + | Pensco FBO Alan Auge IRA, 1801 California Street Suite 800, Denver, CO 80202-2621 |
| 19515033 | + | Quilling, Selander, Lownds,, Winslet & Moser, P.C., 2001 Bryan Street Suite 1800, Dallas, TX 75201-3070 |
| 19515034 | + | Ryan Brown, 5675 CR 349, Millersburg, OH 44654-9753 |
| 19515035 | + | Ryley Seidner, 5140 Brookhaven Drive, North Royalton, OH 44133-6494 |
| 19515036 | + | Sue Smith, 5675 CR 349, Millersburg, OH 44654-9753 |
| 19515037 | + | Texas Line 5, LLC, PO Box 112737, Naples, FL 34108-0146 |
| 19515038 | + | TrueCar, 120 Broadway Suite 200, Santa Monica, CA 90401-2385 |
| 19515039 | + | U.S. Small Business Administration, 1545 Hawkins Blvd. Suite 202, El Paso, TX 79925-2654 |
| 19524147 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 19526289 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 19529147 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 19515040 | + | Wells Fargo, NA, PO Box 51193, Los Angeles, CA 90051-5493 |
| 19515042 | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd. #100, Los Angeles, CA 90010-3847 |
| 19515043 | + | XL Funding, LLC, 10333 N Meridian Street Suite 200, Indianapolis, IN 46290-1081 |
| 19515044 | + | XL Parts, 15701 NW Freeway, Houston, TX 77040-3047 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0539-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: pdf013 | Total Noticed: 51 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 21:22:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19515013 | + Email/Text: BarclaysBankDelaware@tsico.com | Jan 20 2022 21:18:00 | Barclay Mastercard, PO Box 8801, Wilmington, DE 19899-8801 |
| 19515014 | + Email/Text: BarclaysBankDelaware@tsico.com | Jan 20 2022 21:18:00 | Barclays, PO Box 8801, Wilmington, DE 19899-8801 |
| 19515020 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 21:22:48 | Citi Bank, PO Box 790046, Saint Louis, MO 63179-0046 |
| 19515021 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 21:22:35 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19515022 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 21:22:42 | Citi Simplicity Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19515028 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 21:22:48 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 19515018 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2022 21:22:32 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 19515019 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2022 21:22:45 | Chase Ink Business, PO Box 15153, Wilmington, DE 19886 |
| 19528130 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 20 2022 21:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 19515574 | + Email/Text: dallas.bankruptcy@LGBS.com | Jan 20 2022 21:18:00 | Lewisville ISD, Linebarger Goggan Blair & Sampson, LLP, C/O Sherrel K. Knighton, 2777 N Stemmons Fwy, Ste 1000, Dallas, TX 75207-2328 |
| 19515337 | + Email/PDF: rmscedi@recoverycorp.com | Jan 20 2022 21:22:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19546553 | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2022 21:22:33 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 19515041 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jan 20 2022 21:18:00 | Westlake Financial Services, 4751 Wilshire Blvd. #100, Los Angeles, CA 90010-3847 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Holder Law, 901 Main Street, Suite 5320, Dallas, TX 75202-3700 |
| aty | *+ | Holder Law, 901 Main Street, Suite 5320, Dallas, TX 75202-3700 |
| cr | *+ | Lewisville ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N Stemmons Fwy, Ste. 1000, Dallas, TX 75207-2328 |
| 19530076 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 19515011 | ##+ | Ashton Taylor, 2121 Maple Street, Virginia Beach, VA 23451-1305 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 21-31701-swe11 Doc 58 Filed 01/22/22 Entered 01/22/22 23:16:52 Desc
Imaged Certificate of Notice Page 5 of 5

| District/off: 0539-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf013 | Total Noticed: 51 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Areya Holder | on behalf of Debtor Ryan Nicholas Weiss areya@holderlawpc.com holderlaw@jubileebk.net |
| Patrick Michael Lynch | on behalf of Creditor Line 5 LLC plynch@qslwm.com, jtownzen@qslwm.com |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel (SBRA V) scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel (SBRA V) | scott@scottseidel.com csms11@trustesolutions.net;susan.seidel@earthlink.net |
| Sherrel K. Knighton | on behalf of Creditor Lewisville ISD Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Simon W. Hendershot, III | on behalf of Creditor Alan Auge trey@k-hpc.com kcowart@k-hpc.com;rpanneton@hcmhlaw.com |
| Tara LeDay | on behalf of Creditor Denton County tleday@mvbalaw.com vcovington@mvbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com;vjames@mvbalaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 8