Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**<u>OBJECTION TO CLAIM #16 OF WESTLAKE FLOORING COMPANY, LLC</u>**

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM. 1254, DALLAS, TX 75242 BEFORE CLOSE OF BUSINESS ON MARCH 14, 2022, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Ryan Nicholas Weiss, ("Debtor") and objects to the allowance of the secured claim of Westlake Flooring Company, LLC ("WFC"), CLAIM No. 16, in the amount of $49,881.41 and in support thereof would respectfully show as follows:

1. On September 23, 2021, Debtor filed a voluntary petition for relief under Chapter

11 of Title 11 of the United States Code in the Northern District of Texas, Dallas Division, Case No. 21-31701.

2. On November 8, 2021, Debtor filed his Plan of Reorganization and Accompanying Disclosures (the "Plan").

3. On December 22, 2021, the Court confirmed the Plan, and Debtor emerged as a Reorganized Debtor.

4. On November 29, 2021, WFC filed a secured proof of claim (Claim No. 16) in the total amount of $49,881.41. However, Debtor's schedules list WFC as a general unsecured creditor.

5. The Debtor objects to WFC's Claim No. 16 as a secured claim as the collateral listed in the UCC filing is for Castle Hills Motor, LLC. Debtor does not own any equipment or inventory sufficient to support an asserted secured claim.

WHEREFORE PREMISES CONSIDERED, Debtor prays for an Order disallowing Claim No. 16 of WFC as a secured claim, allowing WFC a general unsecured claim in the amount of $49,881.41 and for such other and further relief as is just.

Respectfully submitted,

By: /s/ *Areya Holder Aurzada*
    Areya Holder Aurzada
    State Bar No. 24002303
    HOLDER LAW
    901 Main Street, Suite 5320
    Dallas, Texas 75202
    Telephone: (972) 438-8800
    Email: areya@holderlawpc.com

Counsel for Ryan Nicholas Weiss

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on February 10, 2022, via United States first class mail, postage prepaid on the party listed below:

Westlake Flooring Company, LLC
4751 Wilshire Blvd. #100
Los Angeles, CA 90010

Ira Scot Silverstein, Esq
Liebler, Gonzalaez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130

and via ELECTRONIC NOTICE on the following:

Simon W. Hendershot, III on behalf of Creditor Alan Auge
trey@k-hpc.com, kcowart@k-hpc.com; rpanneton@hcmhlaw.com

Sherrel K. Knighton on behalf of Creditor Lewisville ISD
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com;
Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com; Julie.Wilson@lgbs.com

Tara LeDay on behalf of Creditor Denton County
tleday@mvbalaw.com, vcovington@mvbalaw.com; alocklin@mvbalaw.com;
pbowers@mvbalaw.com; tleday@ecf.courtdrive.com; vjames@mvbalaw.com

Patrick Michael Lynch on behalf of Creditor Line 5, LLC
plynch@qslwm.com, jtownzen@qslwm.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net; susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

                              By: /s/ *Areya Holder Aurzada*
                                  Areya Holder Aurzada