Case 21-31701-hdh11 Doc 26 Filed 10/27/21 Entered 10/27/21 09:23:33 Page 1 of 2
Case 21-31701-swe11 Doc 66-1 Filed 10/02/17 Entered 10/02/17 00:00:00 Page 1 of 2
Exhibit A   Page 1 of 2



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 27, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

### INTERIM AND FINAL ORDER GRANTING APPLICATION OF DEBTOR IN POSSESSION FOR AN ORDER AUTHORIZING APPROVAL FOR RETENTION OF HOLDER LAW AS COUNSEL FOR THE DEBTOR

ON THIS DAY, came on for consideration the Application to Employ filed by the Debtor seeking approval of the Court to allow HOLDER LAW (the "Firm") to represent the Debtor, as more particularly set forth in the Application and Affidavit on file in this matter. The Debtor and the Firm have represented to this Court that the Firm holds or represents no interest adverse to

the Debtor or his estate, that it is disinterested, and that its employment is in the best interest of the estate.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Debtor is authorized to employ the Firm as counsel as of the date of filing pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court, and it is further

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Firm shall comply in all respects with Federal Rules of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016.

# # # END OF ORDER # # #

Prepared by:

Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com