| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 21-31701-hdh11<br>Northern District of Texas<br>Dallas<br>Thu Feb 17 17:29:50 CST 2022 | Denton County<br>P.O. Box 1269<br>c/o Tara LeDay<br>Round Rock, TX 78680-1269 | Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 |
| Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 | Line 5, LLC<br>c/o Quilling, Selander, et al<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| AMA Recovery Group<br>3131 Eastside Street Suite 350<br>Houston, TX 77098-1947 | AMAX Leasing Source<br>3850 Wilshire Blvd Suite 160<br>Los Angeles, CA 90010-3206 | Alan Auge<br>24205 158th Ave E<br>Graham, WA 98338-8689 |
| Ashton Taylor<br>2121 Maple Street<br>Virginia Beach, VA 23451-1305 | Bands Company, Inc.<br>5675 CR 349<br>Millersburg, OH 44654-9753 | Barclay Mastercard<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Burnetta Weiss<br>185 Mark Avenue<br>Killbuck, OH 44637-9515 | Castle Hills Financing, LLC<br>2001 Joyous Circle<br>Lewisville, TX 75056-4217 |
| Castle Hills Motors, LLC<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi Bank<br>PO Box 790046<br>Saint Louis, MO 63179-0046 |
| Citi Cards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Citi Simplicity Cards<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Contractor's Bonding & Insurance Compan<br>9025 N. Lindbergh Dr.<br>9025 N. Lindbergh Dr.<br>Peoria, IL 61615-1499 |
| Cooper Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 | Denton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Flex Capital Investments, LLC<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 |
| Greg Jedrusiak<br>2108 Lancer Lane<br>Lewisville, TX 75056-4225 | Greg Jedrusiak<br>2108 Lancer Lane<br>The Colony, TX 75056-4225 | Home Depot<br>PO Box 790328<br>Saint Louis, MO 63179-0328 |

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Jonathan Niel & Associates<br>71 West Main Street Suite 304<br>Freehold, NJ 07728-2139 | NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| NextGear Capital, Inc.<br>Attn: Michael G. Gibson<br>11799 North College Avenue<br>Carmel, IN 46032-5605 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pacific Premier Trust<br>FBO Scott Mollett IRA<br>PO Box 173859<br>Denver, CO 80217-3859 |
| Pensco FBO Alan Auge IRA<br>1801 California Street Suite 800<br>Denver, CO 80202-2621 | Quilling, Selander, Lownds,<br>Winslet & Moser, P.C.<br>2001 Bryan Street Suite 1800<br>Dallas, TX 75201-3070 | Ryan Brown<br>5675 CR 349<br>Millersburg, OH 44654-9753 |
| Ryley Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 | Sue Smith<br>5675 CR 349<br>Millersburg, OH 44654-9753 | Texas Line 5, LLC<br>PO Box 112737<br>Naples, FL 34108-0146 |
| TrueCar<br>120 Broadway Suite 200<br>Santa Monica, CA 90401-2385 | U.S. Small Business Administration<br>1545 Hawkins Blvd. Suite 202<br>El Paso, TX 79925-2654 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo, NA<br>PO Box 51193<br>Los Angeles, CA 90051-5493 | Westlake Financial Services<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 |
| Westlake Flooring Company, LLC<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 | XL Funding, LLC<br>10333 N Meridian Street Suite 200<br>Indianapolis, IN 46290-1081 | XL Parts<br>15701 NW Freeway<br>Houston, TX 77040-3047 |
| Alan Auge<br>HENDERSHOT COWART PC<br>1800 Bering Ste 600<br>Houston, TX 77057-3352 | Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 | Ryan Nicholas Weiss<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 |
| Scott M. Seidel (SBRA V)<br>Seidel Law Firm<br>6505 West Park Blvd, Suite 306<br>Plano, TX 75093-6212 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Bank<br>PO Box 15153<br>Wilmington, DE 19886 | (d)Chase Ink Business<br>PO Box 15153<br>Wilmington, DE 19886 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 | (d)Holder Law<br>901 Main Street Suite 5320<br>Dallas, TX 75202-3700 | (d)Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Sherrel K. Knighton<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207-2328 |

End of Label Matrix
Mailable recipients    57
Bypassed recipients     3
Total                  60