**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ryan** | **Nicholas** | **Weiss** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number | **21-31701-11** | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | Priority Creditor's Name | Last 4 digits of account number _____ |
|---|---|---|
| | Number     Street | When was the debt incurred? _____ |
| | | **As of the date you file, the claim is:** Check all that apply. |
| | City     State     ZIP Code | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Who incurred the debt?** Check one. | ☐ Disputed |
| | ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| | ☐ Debtor 2 only | ☐ Domestic support obligations |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| | ☐ At least one of the debtors and another | ☐ Claims for death or person injury while you were intoxicated |
| | ☐ Check if this claim is for a community debt | ☐ Other. Specify |
| | **Is the claim subject to offset?** | |
| | ☐ No | |
| | ☐ Yes | |

Debtor 1     **Ryan        Nicholas        Weiss**                              Case number *(if known)* **21-31701-11**
             First Name   Middle Name     Last Name

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| | | | |
|---|---|---|---|
| **4.1** | **AMAX Leasing Source**<br>Nonpriority Creditor's Name<br>**3850 Wilshire Blvd Suite 160**<br>Number       Street<br>**Los Angeles, CA 90010**<br>City                 State     ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number 8405**<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify  **Loan** | | **$44,638.09** |
| **4.2** | **Ashton Taylor**<br>Nonpriority Creditor's Name<br>**2121 Maple Street**<br>Number       Street<br>**Virginia Beach, VA 23451**<br>City                 State     ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number 0017**<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify  **Loan** | | **$27,500.00** |
| **4.3** | **Bands Company, Inc.**<br>Nonpriority Creditor's Name<br>**5675 CR 349**<br>Number       Street<br>**Millersburg, OH 44654**<br>City                 State     ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** _____<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☑ Other. Specify  **Loan** | | **$480,000.00** |

Debtor 1   **Ryan    Nicholas    Weiss**                                   Case number *(if known)* 21-31701-11
           First Name    Middle Name    Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.4**  **Barclay Mastercard**                                   Last 4 digits of account number **4197**                        **$11,667.29**
Nonpriority Creditor's Name
**PO Box 8801**                                                  When was the debt incurred? _____
Number      Street
**Wilmington, DE 19899**                                         As of the date you file, the claim is: Check all that apply.
City                  State    ZIP Code
                                                                 ☐ Contingent
Who incurred the debt? Check one.                                ☐ Unliquidated
☑ Debtor 1 only                                                  ☐ Disputed
☐ Debtor 2 only                                                  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only                                     ☐ Student loans
☐ At least one of the debtors and another                        ☐ Obligations arising out of a separation agreement or
☐ **Check if this claim is for a community debt**                   divorce that you did not report as priority claims
**Is the claim subject to offset?**                              ☐ Debts to pension or profit-sharing plans, and other
☑ No                                                                similar debts
☐ Yes                                                            ☑ Other. Specify **Credit Card**

---

**4.5**  **Barclays**                                            Last 4 digits of account number **2018**                        **$8,262.97**
Nonpriority Creditor's Name
**PO Box 8801**                                                  When was the debt incurred? _____
Number      Street
**Wilmington, DE 19899**                                         As of the date you file, the claim is: Check all that apply.
City                  State    ZIP Code
                                                                 ☐ Contingent
Who incurred the debt? Check one.                                ☐ Unliquidated
☑ Debtor 1 only                                                  ☐ Disputed
☐ Debtor 2 only                                                  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only                                     ☐ Student loans
☐ At least one of the debtors and another                        ☐ Obligations arising out of a separation agreement or
☐ **Check if this claim is for a community debt**                   divorce that you did not report as priority claims
**Is the claim subject to offset?**                              ☐ Debts to pension or profit-sharing plans, and other
☑ No                                                                similar debts
☐ Yes                                                            ☑ Other. Specify **Credit Card**

---

**4.6**  **Burnetta Weiss**                                      Last 4 digits of account number **0024**                        **$52,500.00**
Nonpriority Creditor's Name
**185 Mark Avenue**                                              When was the debt incurred? _____
Number      Street
**Killbuck, OH 44637**                                           As of the date you file, the claim is: Check all that apply.
City                  State    ZIP Code
                                                                 ☐ Contingent
Who incurred the debt? Check one.                                ☐ Unliquidated
☐ Debtor 1 only                                                  ☐ Disputed
☐ Debtor 2 only                                                  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only                                     ☐ Student loans
☑ At least one of the debtors and another                        ☐ Obligations arising out of a separation agreement or
☐ **Check if this claim is for a community debt**                   divorce that you did not report as priority claims
**Is the claim subject to offset?**                              ☐ Debts to pension or profit-sharing plans, and other
☑ No                                                                similar debts
☐ Yes                                                            ☑ Other. Specify **Loan**

---

| Debtor 1 | **Ryan** | **Nicholas** | **Weiss** | Case number *(if known)* **21-31701-11** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**      **Total claim**

---

**4.7**  **Chase Bank**
Nonpriority Creditor's Name
**PO Box 15153**
Number        Street
**Wilmington, DE 19886**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **0237**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

**$1,551.76**

---

**4.8**  **Chase Ink Business**
Nonpriority Creditor's Name
**PO Box 15153**
Number        Street
**Wilmington, DE 19886**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **9623**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

**$5,136.48**

---

**4.9**  **Citi Bank**
Nonpriority Creditor's Name
**PO Box 790046**
Number        Street
**Saint Louis, MO 63179-0046**
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **3209**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

**$11,849.24**

Debtor 1  **Ryan** **Nicholas** **Weiss**   Case number *(if known)* 21-31701-11
          First Name    Middle Name    Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.10** **Citi Cards**
Nonpriority Creditor's Name
**PO Box 6500**
Number       Street
**Sioux Falls, SD 57117**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 7604
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

$30,913.50

---

**4.11** **Citi Simplicity Cards**
Nonpriority Creditor's Name
**PO Box 6500**
Number       Street
**Sioux Falls, SD 57117**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 1055
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

$11,406.12

---

**4.12** **Cooper Seidner**
Nonpriority Creditor's Name
**5140 Brookhaven Drive**
Number       Street
**North Royalton, OH 44133**
City              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0111
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loan**

$27,500.00

---

Debtor 1    **Ryan**    **Nicholas**    **Weiss**      Case number *(if known)* **21-31701-11**
       First Name     Middle Name     Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**      **Total claim**

---

**4.13**   **Greg Jedrusiak**      Last 4 digits of account number **0103**      **$240,000.00**
Nonpriority Creditor's Name

**2108 Lancer Lane**
Number    Street

**Lewisville, TX 75056**
City    State    ZIP Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**4.14**   **Greg Jedrusiak**      Last 4 digits of account number _____      **$120,000.00**
Nonpriority Creditor's Name

**2108 Lancer Lane**
Number    Street

**The Colony, TX 75056**
City    State    ZIP Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**4.15**   **Home Depot**      Last 4 digits of account number **5374**      **$12,200.91**
Nonpriority Creditor's Name

**PO Box 790328**
Number    Street

**Saint Louis, MO 63179**
City    State    ZIP Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor 1  **Ryan** **Nicholas** **Weiss**    Case number *(if known)* **21-31701-11**
    First Name   Middle Name   Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

| | | |
|---|---|---|
| 4.16 | **Jonathan Niel & Associates**<br>Nonpriority Creditor's Name<br>**71 West Main Street Suite 304**<br>Number    Street<br>**Freehold, NJ 07728**<br>City          State     ZIP Code<br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** 6859<br>**When was the debt incurred?**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify **Non-purchase Money** | $13,797.25 |
| 4.17 | **Kabbage**<br>Nonpriority Creditor's Name<br>**PO Box 77081**<br>Number    Street<br>**Atlanta, GA 30357**<br>City          State     ZIP Code<br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** ____<br>**When was the debt incurred?**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify **Non-purchase Money** | $40,689.66 |
| 4.18 | **NextGear Capital, Inc.**<br>Nonpriority Creditor's Name<br>**Attn: Michael G. Gibson**<br>**11799 North College Avenue**<br>Number    Street<br>**Carmel, IN 46032**<br>City          State     ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** 73RW<br>**When was the debt incurred?**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify **Loan** | $79,250.35 |

Debtor 1    **Ryan**        **Nicholas**        **Weiss**        Case number *(if known)* **21-31701-11**
First Name    Middle Name    Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.19**  **Pacific Premier Trust**
Nonpriority Creditor's Name
**FBO Scott Mollett IRA**
**PO Box 173859**
Number    Street
**Denver, CO 80217**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **1837**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loan**

**$112,000.00**

---

**4.20**  **Pensco FBO Alan Auge IRA**
Nonpriority Creditor's Name
**1801 California Street Suite 800**
Number    Street
**Denver, CO 80202**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **3821**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loan**

**$203,500.00**

---

**4.21**  **Ryan Brown**
Nonpriority Creditor's Name
**5675 CR 349**
Number    Street
**Millersburg, OH 44654**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **0103**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loan**

**$251,400.00**

---

Debtor 1  **Ryan**  **Nicholas**  **Weiss**    Case number *(if known)* **21-31701-11**
First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.22**  **Ryley Seidner**    Last 4 digits of account number _____    **$57,500.00**
Nonpriority Creditor's Name

**5140 Brookhaven Drive**    When was the debt incurred? _____
Number    Street

**North Royalton, OH 44133**    As of the date you file, the claim is: Check all that apply.
City    State    ZIP Code

  ❏ Contingent
  ❏ Unliquidated
  ❏ Disputed

Who incurred the debt? Check one.    **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 only
❏ Debtor 2 only    ❏ Student loans
❏ Debtor 1 and Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**    ❏ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?    ☑ Other. Specify
☑ No    **Loan**
❏ Yes

---

**4.23**  **Sue Smith**    Last 4 digits of account number  **0110**    **$75,000.00**
Nonpriority Creditor's Name

**5675 CR 349**    When was the debt incurred? _____
Number    Street

**Millersburg, OH 44654**    As of the date you file, the claim is: Check all that apply.
City    State    ZIP Code

  ❏ Contingent
  ❏ Unliquidated
  ❏ Disputed

Who incurred the debt? Check one.    **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 only
❏ Debtor 2 only    ❏ Student loans
❏ Debtor 1 and Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**    ❏ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?    ☑ Other. Specify
☑ No    **Loan**
❏ Yes

---

**4.24**  **Texas Line 5, LLC**    Last 4 digits of account number _____    **$225,908.49**
Nonpriority Creditor's Name

**PO Box 112737**    When was the debt incurred? _____
Number    Street

**Naples, FL 34108**    As of the date you file, the claim is: Check all that apply.
City    State    ZIP Code

  ❏ Contingent
  ❏ Unliquidated
  ❏ Disputed

Who incurred the debt? Check one.    **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 only
❏ Debtor 2 only    ❏ Student loans
❏ Debtor 1 and Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**    ❏ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?    ☑ Other. Specify
☑ No    **Personal Guarantee**
❏ Yes

---

Debtor 1  **Ryan** **Nicholas** **Weiss**　　　Case number *(if known)* **21-31701-11**
　　　First Name　Middle Name　Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**　　**Total claim**

### 4.25 TrueCar
Nonpriority Creditor's Name
**120 Broadway Suite 200**
Number　Street
**Santa Monica, CA 90401**
City　State　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2041　　**$4,197.00**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Non-purchase Money**

### 4.26 U.S. Small Business Administration
Nonpriority Creditor's Name
**1545 Hawkins Blvd. Suite 202**
Number　Street
**El Paso, TX 79925**
City　State　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 7810　　**$150,000.00**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loan**

### 4.27 Wells Fargo, NA
Nonpriority Creditor's Name
**PO Box 51193**
Number　Street
**Los Angeles, CA 90051**
City　State　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 6632　　**$46,424.84**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Line of Credit**

Debtor 1  **Ryan** **Nicholas** **Weiss**   Case number *(if known)* **21-31701-11**
First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   **Total claim**

### 4.28 Wells Fargo, NA
Nonpriority Creditor's Name
**PO Box 51193**
Number   Street
**Los Angeles, CA 90051**
City   State   ZIP Code

**Last 4 digits of account number** 0863   **$21,523.27**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Line of Credit**

### 4.29 Wells Fargo, NA
Nonpriority Creditor's Name
**PO Box 51193**
Number   Street
**Los Angeles, CA 90051**
City   State   ZIP Code

**Last 4 digits of account number** 2033   **$672.23**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

### 4.30 Wells Fargo, NA
Nonpriority Creditor's Name
**PO Box 51193**
Number   Street
**Los Angeles, CA 90051**
City   State   ZIP Code

**Last 4 digits of account number** 9070   **$6,377.25**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Debtor 1  **Ryan** **Nicholas** **Weiss**  Case number *(if known)* **21-31701-11**
First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.31 Wells Fargo, NA
Nonpriority Creditor's Name
**PO Box 51193**
Number     Street
**Los Angeles, CA 90051**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 3628

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

**$7,681.54**

### 4.32 Wells Fargo, NA
Nonpriority Creditor's Name
**PO Box 51193**
Number     Street
**Los Angeles, CA 90051**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 9212

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

**$9,346.72**

### 4.33 Wells Fargo, NA
Nonpriority Creditor's Name
**PO Box 51193**
Number     Street
**Los Angeles, CA 90051**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 8065

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Line of Credit**

**$15,921.73**

Debtor 1   **Ryan**  **Nicholas**  **Weiss**   Case number *(if known)* **21-31701-11**
        First Name    Middle Name    Last Name

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.34** **Wells Fargo, NA**  
Nonpriority Creditor's Name  
**PO Box 51193**  
Number   Street  
**Los Angeles, CA 90051**  
City   State   ZIP Code  

Who incurred the debt? Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

Last 4 digits of account number **0018**  
When was the debt incurred? _____  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify **PPP Loan**

**$20,833.00**

**4.35** **Westlake Financial Services**  
Nonpriority Creditor's Name  
**4751 Wilshire Blvd. #100**  
Number   Street  
**Los Angeles, CA 90010**  
City   State   ZIP Code  

Who incurred the debt? Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

Last 4 digits of account number **4092**  
When was the debt incurred? _____  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify **Non-purchase Money**

**$78,394.50**

**4.36** **Westlake Flooring Company, LLC**  
Nonpriority Creditor's Name  
**4751 Wilshire Blvd. #100**  
Number   Street  
**Los Angeles, CA 90010**  
City   State   ZIP Code  

Who incurred the debt? Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☑ No  
☐ Yes  

Last 4 digits of account number **0-RW**  
When was the debt incurred? _____  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify **Floor Plan**

**$49,881.41**

Debtor 1 **Ryan** **Nicholas** **Weiss** Case number *(if known)* **21-31701-11**
First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   Total claim

### 4.37 XL Funding, LLC
Nonpriority Creditor's Name
**10333 N Meridian Street Suite 200**
Number  Street
**Indianapolis, IN 46290**
City  State  ZIP Code

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number** 5206   $60,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Floor Plan**

### 4.38 XL Parts
Nonpriority Creditor's Name
**15701 NW Freeway**
Number  Street
**Houston, TX 77040**
City  State  ZIP Code

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number** 0020   $6,244.72

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Non-purchase Money**

| Debtor 1 | **Ryan** | **Nicholas** | **Weiss** | Case number *(if known)* **21-31701-11** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**AMA Recovery Group**
Name
**3131 Eastside Street Suite 350**
Number    Street
**Houston, TX 77098**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Quilling, Selander, Lownds,**
Name
**Winslet & Moser, P.C.**
**2001 Bryan Street Suite 1800**
Number    Street
**Dallas, TX 75201**
City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name
Number    Street

City            State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Debtor 1  **Ryan**  **Nicholas**  **Weiss**  Case number *(if known)* **21-31701-11**
       First Name  Middle Name  Last Name

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

| | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $2,621,670.32 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $2,621,670.32 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ryan** | **Nicholas** | **Weiss** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **21-31701-11**
(if known)

☑ Check if this is an amended filing

# Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Ryan Nicholas Weiss
Ryan Nicholas Weiss, Debtor 1

Date 02/18/2022
     MM/ DD/ YYYY

Kabbage
PO Box 77081
Atlanta, GA 30357

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Weiss, Ryan Nicholas**　　　　　　　　　　　　　　　　CASE NO 21-31701-11

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____02/18/2022_____　　Signature _____　　/s/ Ryan Nicholas Weiss _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ryan Nicholas Weiss, Debtor