Scott M. Seidel
SBRA V Trustee
6505 W. Park Blvd., Ste. 306
Plano, Texas  75093

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **RYAN NICHOLAS WEISS** § § § | | CASE NO. 21-31701-hdh11V |
| **DEBTOR** § § § | | Subch. V |

## FEE APPLICATION COVER SHEET

Fee Application of:     Scott M. Seidel, SBRA V Trustee

Fee Application dates:    September 28, 2021- December 30, 2021

Status of Case:     Consensual plan confirmed

| | | | |
|---|---|---|---|
| Retainer Received: | $0.00 | Amount Previously Paid: | $0.00 |
| **Amount Requested:** | | **Reduction:** | |
| Fees: | $3,372.50 | Vol. Fee Reduction: | $0.00 |
| Expenses: | $159.00 | Vol. Expenses Reduction: | $0.00 |
| Total: | $3,531.50 | Total Reduction: | $0.00 |

By:   */s/ Scott M. Seidel*
       SBRA V Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>RYAN NICHOLAS WEISS<br><br><br>Debtor | CASE NO. 21-31701-hdh11V |

**FINAL APPLICATION OF SUBCHAPTER V TRUSTEE**
**FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242-1496 AND SERVED UPON THE PARTY FILING THIS PLEADING ON OR BEFORE MARCH 24, 2022, WHICH IS *AT LEAST TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

COMES NOW, Scott M. Seidel, SBRA V Trustee, submitting this his *Final Application of Subchapter V Trustee for Payment of Fees and Reimbursement of Expenses*, pursuant to 11 U.S.C. §330, and, in support hereof, would show the Court as follows:

1. Ryan Nicholas Weiss (the "Debtor") commenced this proceeding by filing a Chapter 11 proceedings under Section 1101 of the Bankruptcy Code on September 23, 2021.

2. The Debtor is an individual who operates a consulting business. Debtor elected to file this cases pursuant Subchapter V of the United States Bankruptcy Code.

3. Scott M. Seidel was appointed Subchapter V Trustee (the "Trustee") by the Office of the United States Trustee on September 28, 2021.

4. Pursuant to this Application, the Sub V Trustee seeks of fees totaling $3,372.50 and expenses of $159.00 for the application period September 28, 2021 to December 30, 2021.

5. A copy of the billing statements of Trustee are attached hereto as Exhibit "A." Exhibit "A" sets forth on a daily basis the nature of the services rendered by Trustee, the date on which those services were performed, and the amount of time dedicated to the particular service.

6. Professional fees incurred by Trustee were performed pursuant to his statutory duties under Section 1183 of the Bankruptcy Code. The principal services performed by Trustee involved the following:

   a) Consultation with Debtor and Debtor's counsel as well creditor's counsel involving primarily a contentious divorce and trust/estate property issues and questions . Visitation to Debtor's business was obviated to reduce expenses

   b) Participation in all scheduled hearings as required.

   c) Review of Debtor's documents and outstanding claims. Discussions with creditor counsel.

   d) The Trustee billed at his standard hourly rate of $475.00 per hour. This is Trustee's first and final fee application.

7. Trustee seeks immediate payment of his fees following entry of the Court's Order on this Application pursuant to the United States Bankruptcy Code and requests the Court retain jurisdiction to enforce payment.

WHEREFORE, PREMISES CONSIDERED, Trustee requests upon appropriate notice and opportunity for hearing, if necessary, this Court: (i) enter an order approving the Final Application of Subchapter V Trustee for Payment of Fees and Expenses in the total amount of $3,531.50; (ii) order the Debtor to pay the Subchapter V Trustee $3,531.50 within 14 days of the entry of this Order; and (iii) grant the Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/  *Scott M. Seidel*

Scott M. Seidel, Esq.
Texas Bar No. 17999450
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
Telephone: 214-234-2500
scott@scottseidel.com
SUBCHAPTER V TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Northern District of Texas, or by first class United States Mail, postage prepaid on this the 27th day of February 2022.

/s/ *Scott M. Seidel*