# SEIDEL LAW FIRM

6505 W. Park Blvd., Suite 306  
Plano, Texas 75093  
214-234-2500

RE:     **DEBTOR RYAN NICHOLAS WEISS**  
       CASE NUMBER:   21-317101-hdh11V

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| Sep-28-21 | Emails re: case and appointment, prepare pleading | 0.4 | 190.00 |
| | Receipt and review of pleadings -balance sheet, cash flow etc. | 0.3 | 142.50 |
| Oct-01-21 | Receipt and review of scheduling order, attention to dates | 0.1 | 47.50 |
| Oct-06-21 | Receipt and review of follow up re: UST issues, receipt and brief cursory review of transactions with father | 0.5 | 237.50 |
| Oct-12-21 | Receipt and review of documents from debtor | 0.1 | 47.50 |
| Nov-01-21 | Receipt and review of pleadings, prepare Motion for Deposit, prepare for and attendance at 341 meeting (1) | 1.9 | 902.50 |
| Nov-08-21 | Prepare for and attendance at status conference call | 0.9 | 427.50 |
| | receipt and review of amended schedules | 0.1 | 47.50 |
| Nov-23-21 | Receipt and review of operating report | 0.1 | 47.50 |
| Dec-10-21 | Telephone call with P. Lynch Esq. re: case | 0.2 | 95.00 |
| Dec-13-21 | Emails re: case and further research re: transfer to father demand correspondence to debtor counsel | 0.2 | 95.00 |
| Dec-14-21 | Receipt and review of correspondence P. Lynch re: case and issues and objection to confirmation | 0.3 | 142.50 |
| Dec-16-21 | Emails with P. Lynch and UST re: case and discovery | 0.1 | 47.50 |
| Dec-20-21 | Receipt and review of Stipulation, motion to extend | 0.1 | 47.50 |
| Dec-21-21 | Receipt and review of plan prepare for and attendance at confirmation hearing | 1.0 | 475.00 |
| | Prepare Fee Application | 0.8 | 380.00 |
| | Totals | 7.1 | $3,372.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Lexis/Westlaw | 120.00 |
| Nov-01-21 | Copies of Motion for Post-petition Security Deposit 2 pages to 52 | 10.40 |
| | Postage for Motion to 52 | 28.60 |
| | Totals | $159.00 |
| | **Total Fees, Disbursements** | **$3,531.50** |