**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE | Civ No. 21-31701-HDH |
| RYAN NICHOLAS WEISS | Chapter 11 |
| Debtor | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
DEBTOR'S OBJECTION TO PROOF OF CLAIM [DE 59]**

Came on for consideration, Westlake Flooring Company, LLC's ("Westlake") Motion for Extension of Time to File Response to Debtor's Objection to Proof of Claim, seeking an order extending the deadline to file its response to Debtor's objection to Westlake's Proof of Claim (Claim No. 16) for a period of 10 days from March 14, 2022 to March 24, 2022. IT IS THEREFORE

ORDERED that the deadline for Westlake to file its response to Debtor's Objection shall be extended to March 24, 2022.

###END OF ORDER###