Case 21-31701-swe11    Doc 65    Filed 03/18/22    Entered 03/18/22 12:42:23    Desc Main
Document      Page 1 of 2



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 18, 2022**

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

### ORDER GRANTING HOLDER LAW'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES IN ITS CAPACITY AS ATTORNEY FOR RYAN NICHOLAS WEISS

Came on to be considered HOLDER LAW's Application for Compensation and for Reimbursement of Expenses in its Capacity as Counsel for Ryan Nicholas Weiss for the period beginning September 27, 2021 through December 21, 2021. No objections or responses were filed to the Application, and the Court finds notice was proper and sufficient. The Court further

1

finds that good cause exists for the relief requested and the fees incurred were reasonable and necessary.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that HOLDER LAW's Application for Compensation and for Reimbursement of Expenses in its Capacity as Counsel for Ryan Nicholas Weiss for the period beginning September 27, 2021 through December 21, 2021 is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that HOLDER LAW is granted compensation in the amount of $11,895.00 for attorney's fees and $323.51 for the actual and necessary costs and expenses for the period beginning September 27, 2021 through December 21, 2021 for a total amount of $12,218.51. These fees shall be paid from the Debtor's retainer and/or trust funds on hand to the extent available, and any unpaid fees shall be paid directly by the Debtor within fourteen (14) days of the entry of the order approving this application or by agreement of the parties.

### End of Order ###

Prepared by:

Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com