

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 21, 2022**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-HDH |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**AGREED ORDER ON OBJECTION TO CLAIM #16 OF**
**WESTLAKE FLOORING COMPANY, LLC**

Came on for consideration the Objection to Claim 16 of West Lake Flooring Company, LLC (the "Objection") filed on behalf of Ryan Nicholas Weiss and the Motion for Extension of Time to File Response to Debtor's Objection.  The Court finds that the parties have reached an agreement and good and sufficient cause exists to grant the relief requested.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor's objection to the secured claim filed by Westlake Flooring Company, LLC in the amount of

1

$49,881.41 is hereby sustained; however, Westlake Flooring Company, LLC's claim shall be

treated as a general unsecured claim in the amount of $49,881.41 and paid in accordance with the

terms of the Debtor's confirmed Plan of Reorganization.

### End of Order ###

Prepared by:

*/s/ Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, Texas 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

Counsel for Ryan Nicholas Weiss


Agreed to form and substance:


*/s/ James R. Liebler*
James R. Liebler
LIEBLER, GONZALEZ & PORTUONDO
44 West Flagler Street
Courthouse Tower 25th Floor
Miami, FL 33130
Telephone: (305) 379-0400
Fax (305) 379-9626
Email: JRLII@lgplaw.com

Counsel for West Lake Flooring Company, LLC

2