

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 19, 2022**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| RYAN NICHOLAS WEISS | CASE NO. 21-31701-hdh11V |
| Debtor | |

### ORDER GRANTING APPLICATION OF SUBCHAPTER V TRUSTEE
### FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES

The Court has considered the *Application for Compensation and Reimbursement of Expenses* (the **"Application"**) filed by Scott M. Seidel, the Subchapter V Trustee for the Estate, requesting compensation in the amount of $3,372.50 and reimbursement of expenses in the amount of 159.00. The Court finds that Notice was proper, no objections to the Application were filed, the services and expenses were actual, reasonable, and necessary and inured to the benefit of the estate and that the request for compensation and reimbursement of expenses should be granted as requested. **IT IS THEREFORE**

**ORDERED** that pursuant to Sections 105, 326, 327, 330, 506 and 507,1183 and 1194 of the United States Bankruptcy Code, the Application is in all respects **GRANTED**; it is further

**ORDERED** that total award granted to Scott M. Seidel, Sub V Trustee is $3,531.50, consisting of $3,372.50 in compensation for fees incurred and $159.00 in reimbursement of expenses; it is further

**ORDERED** that the Subchapter V trustee be and hereby is authorized to immediately draw down and utilize the $6,000 previously paid by the Debtor to the Trustee (pursuant to Order docket number 39) towards payment of the fees and expenses allowed above and remit the $2,468.50 remainder back to the debtor.

# # #  END OF ORDER  # # #

Submitted by,

   */s/ Scott M. Seidel*
     Scott M. Seidel, Esq.
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
SBRA V TRUSTEE