Scott M. Seidel, SBOT 17999450
SUBCHAPTER V TRUSTEE
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
scott@scottseidel.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| RYAN NICHOLAS WEISS | § § § § | Case  No. 21-31701-hdh11V |
| Debtor | § | |

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Scott M. Seidel , having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  A plan was confirmed on 12/22/2021.  No plan payments were made to the trustee.  According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a) [or 28 U.S.C. 586(e)(5), as applicable]. On 04/19/2022 the Court ordered compensation of $3,531.50 be awarded to the trustee.  These funds were paid by the debtor to the trustee on 04/25/2022.   I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.

Date:  4/25/2022            By:   */s/  Scott M. Seidel*
                                         SBRA V Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**