Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-SWE |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**<u>AMENDED NOTICE OF POST-CONFIRMATION STATUS CONFERENCE</u>**

Please take notice that the Post-confirmation Status Conference in the above-styled bankruptcy proceeding has been rescheduled for **<u>Friday, July 8, 2022 at 9:30 a.m</u>**. before the Honorable Scott W. Everett**,** 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas; however, the Status Conference will be held via the Webex link below:

https://us-courts.webex.com/meet/everett
Dial−in (US/Canada): 1−650−479−3207
Access code: 476 420 189

Parties unfamiliar with Webex are requested to review the Webex Instructions for Judge Everett attached to this Notice and located at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates

    Respectfully submitted,

    By: /s/ *Areya Holder Aurzada*
       Areya Holder Aurzada
       State Bar No. 24002303
       HOLDER LAW

<div align="right">
901 Main Street, Suite 5320<br>
Dallas, TX 75202<br>
Telephone: (972) 438-8800<br>
Email: areya@holderlawpc.com
</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on June 23, 2022, by United States first class mail, postage prepaid on the attached mailing matrix (except for those receiving electronic notice listed below).

**and by ELECTRONIC FILING on:**

Simon W. Hendershot, III on behalf of Creditor Alan Auge
trey@k-hpc.com, kcowart@k-hpc.com; rpanneton@hcmhlaw.com

Sherrel K. Knighton on behalf of Creditor Lewisville ISD
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com;
Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com; Julie.Wilson@lgbs.com

Tara LeDay on behalf of Creditor Denton County
tleday@mvbalaw.com, vcovington@mvbalaw.com; alocklin@mvbalaw.com;
pbowers@mvbalaw.com; tleday@ecf.courtdrive.com; vjames@mvbalaw.com

Patrick Michael Lynch on behalf of Creditor Line 5, LLC
plynch@qslwm.com, jtownzen@qslwm.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net; susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

<div style="margin-left:50%">
Respectfully submitted,<br><br>
By: /s/*Areya Holder Aurzada*<br>
    Areya Holder Aurzada
</div>