Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-SWE |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**APPLICATION FOR FINAL DECREE AND ENTRY OF ORDER OF DISCHARGE**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE OR OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Ryan Nicholas Weiss ("Debtor" and/or "Applicant") and hereby requests this Court enter a final decree and order of discharge in this Chapter 11 case incident to section 350 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Application") and in support

thereof would respectfully show the court as follows:

1. This Court has jurisdiction over this Application under 28 U.S.C. § 157(a) and 28 U.S.C. § 1334. This Application is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. On September 23, 2022 (the "Petition Date"), Applicant filed for bankruptcy protection under Chapter 11 of Title 11 of the Bankruptcy Code.

3. On September 28, 2021, Scott Seidel was appointed as the Subchapter V Trustee.

4. On November 8, 2021, Debtor filed his Plan of Reorganization (the "Plan").

5. On December 22, 2021, this Court entered its Order Confirming Chapter 11 Plan [Docket No. 51] (the "Confirmation Order") directing the execution, implementation and consummation of the Plan.

6. The Debtor's Plan was confirmed as a consensual Plan, and the Effective Date of the Plan was February 18, 2022.

7. The reorganized Debtor has commenced distributions under the Plan, and the Plan has been substantially consummated.

8. To Applicant's knowledge, the Applicant has in all respects complied with the Confirmation Order. Thus, this case is in a position to be closed with an entry of a final decree and discharge entered on behalf of the Debtor pursuant to 11 U.S.C. 1191(a).

WHEREFORE PREMISES CONSIDERED, Debtor respectfully request that the Court enter an Order of Final Decree that (a) closes this Chapter 11 case, (b) discharges the Debtor, (c) discharges the Subchapter V Trustee and (d) grant such other and further relief that the Court deems just and proper.

Dated: October 11, 2022         Respectfully submitted,

By: /s/ Areya Holder Aurzada
Areya Holder Aurzada

State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on October 11, 2022, upon the attach mailing matrix via United States first class mail, postage prepaid except for the parties listed below which received electronic notice.

Respectfully submitted,

By: /s/ *Areya Holder Aurzada*
   Areya Holder Aurzada

PARTIES RECEIVING ELECTRONIC NOTICE:

Simon W. Hendershot, III on behalf of Creditor Alan Auge
trey@k-hpc.com, kcowart@k-hpc.com; rpanneton@hcmhlaw.com

Sherrel K. Knighton on behalf of Creditor Lewisville ISD
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com;
Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com; Julie.Wilson@lgbs.com

Tara LeDay on behalf of Creditor Denton County
tleday@mvbalaw.com, vcovington@mvbalaw.com; alocklin@mvbalaw.com;
pbowers@mvbalaw.com; tleday@ecf.courtdrive.com; vjames@mvbalaw.com

Patrick Michael Lynch on behalf of Creditor Line 5, LLC
plynch@qslwm.com, jtownzen@qslwm.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net; susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov