```
Label Matrix for local noticing          Denton County                              Holder Law
0539-3                                   P.O. Box 1269                              901 Main Street, Suite 5320
Case 21-31701-swe11                      c/o Tara LeDay                             Dallas, TX 75202-3700
Northern District of Texas               Round Rock, TX 78680-1269
Dallas
Tue Oct 11 15:38:53 CDT 2022

Lewisville ISD                           Line 5, LLC                                Synchrony Bank
Linebarger Goggan Blair & Sampson, LLP   c/o Quilling, Selander, et al              c/o PRA Receivables Management, LLC
c/o Sherrel K. Knighton                  2001 Bryan Street                          PO Box 41021
2777 N Stemmons Fwy, Ste. 1000           Suite 1800                                 Norfolk, VA 23541-1021
Dallas, TX 75207-2328                    Dallas, TX 75201-3070


1100 Commerce Street                     AMA Recovery Group                         AMAX Leasing Source
Room 1254                                3131 Eastside Street Suite 350             3850 Wilshire Blvd Suite 160
Dallas, TX 75242-1305                    Houston, TX 77098-1947                     Los Angeles, CA 90010-3206


Alan Auge                                Ashton Taylor                              Bands Company, Inc.
24205 158th Ave E                        2121 Maple Street                          5675 CR 349
Graham, WA 98338-8689                    Virginia Beach, VA 23451-1305              Millersburg, OH 44654-9753


Barclay Mastercard                       Barclays                                   Burnetta Weiss
PO Box 8801                              PO Box 8801                                185 Mark Avenue
Wilmington, DE 19899-8801                Wilmington, DE 19899-8801                  Killbuck, OH 44637-9515


Castle Hills Financing, LLC              Castle Hills Motors, LLC                   (p)JPMORGAN CHASE BANK N A
2001 Joyous Circle                       5557 Glenview Lane                         BANKRUPTCY MAIL INTAKE TEAM
Lewisville, TX 75056-4217                The Colony, TX 75056-3785                  700 KANSAS LANE FLOOR 01
                                                                                    MONROE LA 71203-4774


Citi Bank                                Citi Cards                                 Citi Simplicity Cards
PO Box 790046                            PO Box 6500                                PO Box 6500
Saint Louis, MO 63179-0046               Sioux Falls, SD 57117-6500                 Sioux Falls, SD 57117-6500


Contractor's Bonding & Insurance Compan  Cooper Seidner                             Denton County
9025 N. Lindbergh Dr.                    5140 Brookhaven Drive                      c/o Tara LeDay
9025 N. Lindbergh Dr.                    North Royalton, OH 44133-6494              P.O. Box 1269
Peoria, IL 61615-1499                                                               Round Rock, TX. 78680-1269


Flex Capital Investments, LLC            Greg Jedrusiak                             Greg Jedrusiak
5557 Glenview Lane                       2108 Lancer Lane                           2108 Lancer Lane
The Colony, TX 75056-3785                Lewisville, TX 75056-4225                  The Colony, TX 75056-4225


Home Depot                               JPMorgan Chase Bank, N.A.                  Jonathan Niel & Associates
PO Box 790328                            s/b/m/t Chase Bank USA, N.A.               71 West Main Street Suite 304
Saint Louis, MO 63179-0328               c/o National Bankruptcy Services, LLC      Freehold, NJ 07728-2139
                                         P.O. Box 9013
                                         Addison, Texas 75001-9013
```

| | | |
|---|---|---|
| Kabbage<br>PO Box 77081<br>Atlanta, GA 30357 | NextGear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032-5605 | NextGear Capital, Inc.<br>Attn: Michael G. Gibson<br>11799 North College Avenue<br>Carmel, IN 46032-5605 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pacific Premier Trust<br>FBO Scott Mollett IRA<br>PO Box 173859<br>Denver, CO 80217-3859 | Pensco FBO Alan Auge IRA<br>1801 California Street Suite 800<br>Denver, CO 80202-2621 |
| Quilling, Selander, Lownds,<br>Winslet & Moser, P.C.<br>2001 Bryan Street Suite 1800<br>Dallas, TX 75201-3070 | Ryan Brown<br>5675 CR 349<br>Millersburg, OH 44654-9753 | Ryley Seidner<br>5140 Brookhaven Drive<br>North Royalton, OH 44133-6494 |
| Sue Smith<br>5675 CR 349<br>Millersburg, OH 44654-9753 | Texas Line 5, LLC<br>PO Box 112737<br>Naples, FL 34108-0146 | TrueCar<br>120 Broadway Suite 200<br>Santa Monica, CA 90401-2385 |
| U.S. Small Business Administration<br>1545 Hawkins Blvd. Suite 202<br>El Paso, TX 79925-2654 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo, NA<br>PO Box 51193<br>Los Angeles, CA 90051-5493 | Westlake Financial Services<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company, LLC<br>4751 Wilshire Blvd. #100<br>Los Angeles, CA 90010-3847 |
| XL Funding, LLC<br>10333 N Meridian Street Suite 200<br>Indianapolis, IN 46290-1081 | XL Parts<br>15701 NW Freeway<br>Houston, TX 77040-3047 | Alan Auge<br>HENDERSHOT COWART PC<br>1800 Bering Ste 600<br>Houston, TX 77057-3352 |
| Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3700 | Ryan Nicholas Weiss<br>5557 Glenview Lane<br>The Colony, TX 75056-3785 | Scott M. Seidel (SBRA V)<br>Seidel Law Firm<br>6505 West Park Blvd, Suite 306<br>Plano, TX 75093-6212 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).