Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-SWE |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

**APPLICATION FOR FINAL DECREE AND ENTRY OF ORDER OF DISCHARGE**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE OR OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Ryan Nicholas Weiss ("Debtor" and/or "Applicant") and hereby requests this

Court enter a final decree and order of discharge in this Chapter 11 case incident to section 350

of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code") and

Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Application") and in support

thereof would respectfully show the court as follows:

1.     This Court has jurisdiction over this Application under 28 U.S.C. § 157(a) and 28 U.S.C. § 1334. This Application is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.     On September 23, 2022 (the "Petition Date"), Applicant filed for bankruptcy protection under Chapter 11 of Title 11 of the Bankruptcy Code.

3.     On September 28, 2021, Scott Seidel was appointed as the Subchapter V Trustee.

4.     On November 8, 2021, Debtor filed his Plan of Reorganization (the "Plan").

5.     On December 22, 2021, this Court entered its Order Confirming Chapter 11 Plan [Docket No. 51] (the "Confirmation Order") directing the execution, implementation and consummation of the Plan.

6.     The Debtor's Plan was confirmed as a consensual Plan, and the Effective Date of the Plan was February 18, 2022.

7.     The reorganized Debtor has commenced distributions under the Plan, and the Plan has been substantially consummated.

8.     To Applicant's knowledge, the Applicant has in all respects complied with the Confirmation Order. Thus, this case is in a position to be closed with an entry of a final decree and discharge entered on behalf of the Debtor pursuant to 11 U.S.C. 1191(a).

WHEREFORE PREMISES CONSIDERED, Debtor respectfully request that the Court enter an Order of Final Decree that (a) closes this Chapter 11 case, (b) discharges the Debtor, (c) discharges the Subchapter V Trustee and (d) grant such other and further relief that the Court deems just and proper.

Dated: October 11, 2022                     Respectfully submitted,

                                             By: /s/ Areya Holder Aurzada
                                                 Areya Holder Aurzada

State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

COUNSEL FOR RYAN NICHOLAS WEISS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on

October 11, 2022, upon the attach mailing matrix via United States first class mail, postage

prepaid except for the parties listed below which received electronic notice.

Respectfully submitted,

By:  /s/ *Areya Holder Aurzada*
Areya Holder Aurzada

PARTIES RECEIVING ELECTRONIC NOTICE:

Simon W. Hendershot, III on behalf of Creditor Alan Auge
trey@k-hpc.com, kcowart@k-hpc.com; rpanneton@hcmhlaw.com

Sherrel K. Knighton on behalf of Creditor Lewisville ISD
Sherrel.Knighton@lgbs.com, Dallas.Bankruptcy@lgbs.com; Sean.French@lgbs.com;
Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com; Julie.Wilson@lgbs.com

Tara LeDay on behalf of Creditor Denton County
tleday@mvbalaw.com, vcovington@mvbalaw.com; alocklin@mvbalaw.com;
pbowers@mvbalaw.com; tleday@ecf.courtdrive.com; vjames@mvbalaw.com

Patrick Michael Lynch on behalf of Creditor Line 5, LLC
plynch@qslwm.com, jtownzen@qslwm.com

Scott M. Seidel (SBRA V)
scott@scottseidel.com, csms11@trustesolutions.net; susan.seidel@earthlink.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

APPLICATION FOR FINAL DECREE

3

Label Matrix for local noticing
0539-3
Case 21-31701-swe11
Northern District of Texas
Dallas
Tue Oct 11 15:38:53 CDT 2022

Denton County
P.O. Box 1269
c/o Tara LeDay
Round Rock, TX 78680-1269

Holder Law
901 Main Street, Suite 5320
Dallas, TX 75202-3700

Lewisville ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N Stemmons Fwy, Ste. 1000
Dallas, TX 75207-2328

Line 5, LLC
c/o Quilling, Selander, et al
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3070

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AMA Recovery Group
3131 Eastside Street Suite 350
Houston, TX 77098-1947

AMAX Leasing Source
3850 Wilshire Blvd Suite 160
Los Angeles, CA 90010-3206

Alan Auge
24205 158th Ave E
Graham, WA 98338-8689

Ashton Taylor
2121 Maple Street
Virginia Beach, VA 23451-1305

Bands Company, Inc.
5675 CR 349
Millersburg, OH 44654-9753

Barclay Mastercard
PO Box 8801
Wilmington, DE 19899-8801

Barclays
PO Box 8801
Wilmington, DE 19899-8801

Burnetta Weiss
185 Mark Avenue
Killbuck, OH 44637-9515

Castle Hills Financing, LLC
2001 Joyous Circle
Lewisville, TX 75056-4217

Castle Hills Motors, LLC
5557 Glenview Lane
The Colony, TX 75056-3785

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi Bank
PO Box 790046
Saint Louis, MO 63179-0046

Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500

Citi Simplicity Cards
PO Box 6500
Sioux Falls, SD 57117-6500

Contractor's Bonding & Insurance Compan
9025 N. Lindbergh Dr.
9025 N. Lindbergh Dr.
Peoria, IL 61615-1499

Cooper Seidner
5140 Brookhaven Drive
North Royalton, OH 44133-6494

Denton County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX. 78680-1269

Flex Capital Investments, LLC
5557 Glenview Lane
The Colony, TX 75056-3785

Greg Jedrusiak
2108 Lancer Lane
Lewisville, TX 75056-4225

Greg Jedrusiak
2108 Lancer Lane
The Colony, TX 75056-4225

Home Depot
PO Box 790328
Saint Louis, MO 63179-0328

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jonathan  Niel & Associates
71 West Main Street Suite 304
Freehold, NJ 07728-2139

Kabbage
PO Box 77081
Atlanta, GA 30357

NextGear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032-5605

NextGear Capital, Inc.
Attn: Michael G. Gibson
11799 North College Avenue
Carmel, IN 46032-5605

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pacific Premier Trust
FBO Scott Mollett IRA
PO Box 173859
Denver, CO 80217-3859

Pensco FBO Alan Auge IRA
1801 California Street Suite 800
Denver, CO 80202-2621

Quilling, Selander, Lownds,
Winslet & Moser, P.C.
2001 Bryan Street Suite 1800
Dallas, TX 75201-3070

Ryan Brown
5675 CR 349
Millersburg, OH 44654-9753

Ryley Seidner
5140 Brookhaven Drive
North Royalton, OH 44133-6494

Sue Smith
5675 CR 349
Millersburg, OH 44654-9753

Texas Line 5, LLC
PO Box 112737
Naples, FL 34108-0146

TrueCar
120 Broadway Suite 200
Santa Monica, CA 90401-2385

U.S. Small Business Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925-2654

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4938

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wells Fargo, NA
PO Box 51193
Los Angeles, CA 90051-5493

Westlake Financial Services
4751 Wilshire Blvd. #100
Los Angeles, CA 90010-3847

Westlake Flooring Company, LLC
4751 Wilshire Blvd. #100
Los Angeles, CA 90010-3847

XL Funding, LLC
10333 N Meridian Street Suite 200
Indianapolis, IN 46290-1081

XL Parts
15701 NW Freeway
Houston, TX 77040-3047

Alan Auge
HENDERSHOT COWART PC
1800 Bering Ste 600
Houston, TX 77057-3352

Areya Holder
Holder Law
901 Main Street, Suite 5320
Dallas, TX 75202-3700

Ryan Nicholas Weiss
5557 Glenview Lane
The Colony, TX 75056-3785

Scott M. Seidel (SBRA V)
Seidel Law Firm
6505 West Park Blvd, Suite 306
Plano, TX 75093-6212

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).