

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed November 21, 2022**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| RYAN NICHOLAS WEISS | § | CASE NO. 21-31701-SWE |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

## FINAL DECREE

On this day, the Court considered the Application for Final Decree (the ("Application") filed by Ryan Nicholas Weiss, Debtor in the above referenced matter. The Court finds that the Debtor filed and served the Application on October 11, 2022, and that no objections to the Application have been filed. The Court further finds that the Plan of Reorganization of Ryan Nicholas Weiss has been substantially consummated.

It is therefore ORDERED, ADJUDGED and DECREED that the Application for Final Decree is Approved.

It is further ORDERED, ADJUDGED and DECREED that the Debtor is granted a discharge pursuant to 11 U.S.C. 1191(a).

It is further ORDERED, ADJUDGED and DECREED that the appointed Subchapter V Trustee, Scott Seidel, is hereby discharged.

It is further ORDERED, ADJUDGED and DECREED that the Chapter 11 case of Ryan Nicholas Weiss is hereby closed.

# # # END OF ORDER # # #

PREPARED BY:

*/s/ Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
HOLDER LAW
901 Main Street, Suite 5320
Dallas, TX 75202
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

2