Wells Fargo Bank, N.A.
Small Business Lending Operations
MAC S4101-08C
PO Box 29482
Phoenix, AZ 85038-8650
Telephone: (877) 361-5581
Fax:  (866) 765-6073
Email:  SBLBKInquiry@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Bk. No.: 21-31701 |
| RYAN NICHOLAS WEISS | Chapter 11 |
| Debtor(s). | **WITHDRAWAL OF PROOF OF CLAIM FILED BY:  Wells Fargo Bank, N.A.** |
| | **DATE:  (No hearing required)** |
| | **TIME:** |
| | **DEPT:** |

Wells Fargo Bank, N.A. hereby withdraws its Proof of claim #7, filed on or about 10/15/2021, in the amount of $21,115.53.

DATED: January 9, 2023              Wells Fargo Bank, N.A

                                                                    *By /s/ Janet L Samuelson*

                                                                    Wells Fargo Bank, N.A.

- 1 -
WITHDRAWAL OF WELLS FARGO BANK, N.A.'S PROOF OF CLAIM

11397