BTXN 112b(rev. 03/23)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Ryan Nicholas Weiss § Case No.: 21−31701−swe11
§ Chapter No.: 11
Debtor(s) §

# ORDER DISCHARGING TRUSTEE

It appears to the court that the Subchapter V Trustee in the above case has performed all duties required of the Trustee in the administration of the case. Therefore it is **ORDERED** that the Subchapter V Trustee is discharged from and relieved of their duties in this case.

DATED: 3/30/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Marcey D Okafor, Deputy Clerk